AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| V. | |
| CATHERINE M. BUCCI | Case Number:    03-10220-MEL |
| 4 LORIS RD. | |
| DANVERS, MA 01923 | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| United States District Court | **COURTROOM # 25, 7th FLOOR** |
| 1 Courthouse Way | |
| Boston, MA 02210 | Date and Time |
| | **AUGUST 9, 2005 AT 2:30 PM** |
| Before:    MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE | |

To answer a(n)

X   Indictment        Information        ComplaintCom        Violation        Probation Violation Petition

Charging you with a violation of Title   18           United States Code, Section(s)   1956(h)

Brief description of offense:

See Enclosed


**PLEASE NOTE: YOU MUST REPORT TO PRETRIAL SERVICES LOCATED ON THE FIRST FLOOR BY 11:00 A.M., AUGUST 9, 2005.**

_Marianne B. Bowler USMJ_        August 3, 2005
Signature of Issuing Officer                Date

MARIANNE B. BOWLER, U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____    _____
                Date                                                        Name of United States Marshal

                                                                            _____
                                                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.