UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 03-10220-MEL |
| | ) | |
| SEAN BUCCI, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME FROM AUGUST 9, 2005 TO OCTOBER 12, 2005 UNDER SPEEDY TRIAL ACT**

The United States of America, with the assent of the defendants, Sean Bucci, Darren Martin and Catherine Bucci, hereby moves this Honorable Court to exclude the time from August 9, 2005 to and including October 12, 2005 under the Speedy Trial Act.

In support of this motion, the government states that a status conference was conducted by United States Magistrate Judge Marianne B. Bowler on September 21, 2005. At the conference, counsel for the defendants requested additional time to review discovery materials provided to them by the government and counsel for Sean Bucci moved to withdraw from the case. All parties assented to the scheduling of a further status conference for October 12, 2005, and specifically waived any objection to the continuance on Speedy Trial Act grounds. The government also moved to exclude the time from the arraignment on the Second Superseding Indictment (August 9, 2005) through the time of the next status conference (October 12, 2005) from all Speedy Trial Act calculations. After confirming that the defendants assented to this motion, the Court directed undersigned counsel for the government to file an assented-to motion based on this agreement, which serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial. Accordingly, the exclusion is warranted under 18

U.S.C. § 3161(h)(8).

WHEREFORE, the government respectfully requests that the time from August 9, 2005 to and including October 12, 2005 be excluded from the time in which the case must be tried under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   **/s/ Lisa M. Asiaf**
     Peter K. Levitt
     Lisa M. Asiaf
     Assistant U.S. Attorneys
     (617) 748-3100

Dated:   Sept. 28, 2005