```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )      Cr. No. 03-10220 MEL
       v.                    )
                             )
1. SEAN BUCCI,               )
2. DARREN MARTIN, and        )
3. CATHERINE BUCCI,          )
      Defendants.            )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from October 12, 2005 (the date of the initial status conference), to and including November 15, 2005 (the date of the interim status conference).  At the October 12, 2005 status conference, the defendants, through respective counsel, requested the additional 30 days to review discovery and agreed that the time should be excluded under the Speedy Trial Act.  The requested delay is therefore in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  The defendants, through counsel, have assented to this motion.

WHEREFORE, the government respectfully requests that the time from October 12, 2005, to and including November 15, 2005, be excluded from all calculations under the Speedy Trial Act.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                                       /s PETER K. LEVITT
                          By:   PETER K. LEVITT
                                     LISA M. ASIAF
                                     Assistant U.S. Attorneys
                                     (617) 748-3100

Dated: October 12, 2005