```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,       )
                                )     Cr. No. 03-10220 MEL
        v.                      )
                                )
1. SEAN BUCCI,                  )
2. DARREN MARTIN, and           )
3. CATHERINE BUCCI,             )
        Defendants.             )

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 15, 2005 (the date of the interim status conference), to and including December 14, 2005 (the date of the further status conference). As grounds for this motion, the government states that, at the November 15, 2005 interim status conference, the defendants, through respective counsel, requested the additional 30 days to review discovery and agreed that the time should be excluded under the Speedy Trial Act. The requested delay is therefore in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendants, through counsel, have assented to this motion.

WHEREFORE, the government respectfully requests that the time from November 15, 2005, to and including December 14, 2005, be excluded from all calculations under the Speedy Trial Act.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN  
                                          United States Attorney

                                          /s PETER K. LEVITT  
                          By:    PETER K. LEVITT  
                                          LISA M. ASIAF  
                                          Assistant U.S. Attorneys  
                                          (617) 748-3100

Dated: November 15, 2005