UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  v.                          )<br>  )<br> 1. SEAN BUCCI,                )<br> 2. DARREN MARTIN, and         )<br> 3. CATHERINE BUCCI,           )<br>     Defendants.              ) | Cr. No. 03-10220 MEL |

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from December 14, 2005 (the date of the interim status conference), to and including February 1, 2005 (the date of the further status conference). As grounds for this motion, the government states that, at the December 14 15, 2005 interim status conference, the defendants, through respective counsel, requested the additional time to review discovery and agreed that the time should be excluded under the Speedy Trial Act. The requested delay is therefore in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendants, through counsel, have assented to this motion.

     WHEREFORE, the government respectfully requests that the time from December 14, 2005, to and including February 1, 2005, be excluded from all calculations under the Speedy Trial Act.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                       United States Attorney

                                       /s PETER K. LEVITT
                     By:    PETER K. LEVITT
                                       LISA M. ASIAF
                                       Assistant U.S. Attorneys
                                       (617) 748-3100

Dated: December 16, 2005