UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> SEAN BUCCI, ) <br> DARREN MARTIN, ) <br> CATHERINE BUCCI ) <br> ) | CR No. 03-10220-MEL |

MOTION FOR AUTHORIZATION BY COURT
TO INCUR DISCOVERY EXPENSES

Defendant requests that the court allow her to spend the sum of $956.03 for duplication of discovery documents produced by the United States. In support, the defendant states:

1. She is indigent, her counsel has been appointed pursuant to the "CJA."

2. Acquisition of the documents is necessary in order for defendant to exercise her Sixth Amendment constitutional right to assistance of counsel.

By her attorney,

Respectfully Submitted,
DEFENDANT

/s/ Robert S. Sinsheimer
B.B.O. No. 464940
Denner Associates, P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-722-9954

Dated: January 9, 2006