UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    Crim. No.  03-10220-MEL
                                    )
SEAN BUCCI, *et al.*,               )
                Defendants.         )
_____)

**ASSENTED-TO MOTION TO EXCLUDE TIME FROM
FEBRUARY 2, 2006 TO MARCH 20, 2006 UNDER SPEEDY TRIAL ACT**

The United States of America, with the assent of the defendants, Sean Bucci, Darren Martin and Catherine Bucci, hereby moves this Honorable Court to exclude the time from February 2, 2006 to and including March 20, 2006 under the Speedy Trial Act.

In support of this motion, the government states that this Honorable Court conducted a status conference on February 2, 2006, at which counsel for the defendants Sean Bucci and Catherine Bucci requested additional time to seek further discovery from the government. All parties, including defendant Darren Martin, assented to the scheduling of a further status conference on March 20, 2006, and agreed that the time between February 2, 2006 and March 20, 2006 should be excluded under the Speedy Trial Act. After confirming that the defendants assented to this motion, the Court directed undersigned counsel for the government to file an assented-to motion based on this agreement, which serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial. Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

WHEREFORE, the government respectfully requests that the time from February 2, 2006 to and including March 20, 2006 be excluded from the time within which this case must be tried

under the Speedy Trial Act.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            ***/s/ Lisa M. Asiaf***
                      By:    Peter K. Levitt
                            Lisa M. Asiaf
                            Assistant U.S. Attorneys
                            (617) 748-3100

Dated:   February 3, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2006.

                                            ***/s/ Lisa M. Asiaf***
                                            LISA M. ASIAF