UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
vs.                         )
                            )       CR No. 03-10220-MEL
SEAN BUCCI,                 )
DARREN MARTIN,              )
CATHERINE BUCCI             )
_____)

MOTION FOR AUTHORIZATION BY COURT TO INCUR EXPENSES TO HIRE A FORENSIC ACCOUNTANT

Defendant requests that the court allow her to spend the sum of $10,000 to hire a forensic accountant who will analyze the financial transactions upon which the government relied when charging her with conspiracy to launder money. In support, the defendant states:

1. She is indigent and her counsel has been appointed pursuant to the "CJA".

2. Retaining a forensic accountant is necessary in order for defendant to exercise her Sixth Amendment constitutional right to assistance of counsel.

        Respectfully Submitted,
        DEFENDANT
        By her attorney

        /s/ Robert S. Sinsheimer
        B.B.O No. 464940
        Denner Associates, P.C.
        4 Longfellow Place, 35th Floor
        Boston, MA 02114
        617-722-9954

Dated: March 1, 2006