UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No.  03-10220-MEL |
| SEAN BUCCI, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME FROM
### MARCH 21, 2006, THROUGH MAY 23, 2006 UNDER SPEEDY TRIAL ACT

The United States of America, with the assent of the defendants, Sean Bucci, Darren Martin and Catherine Bucci, hereby moves this Honorable Court to exclude the time from March 21, 2006 to and including May 23, 2006 under the Speedy Trial Act.

In support of this motion, the government states that this Honorable Court conducted a status conference in this matter on March 20, 2006, at which counsel for all parties requested additional time to resolve outstanding discovery issues.  All parties assented to the scheduling of a further status conference on May 23, 2006, and agreed that the time from March 21, 2006 through May 23, 2006 should be excluded under the Speedy Trial Act.  The Court's last Order, which was issued on February 4, 2006, excluded time up to and including March 20, 2006.

After confirming that the defendants assented to this motion, the Court directed undersigned counsel for the government to file an assented-to motion based on this agreement, which serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial.  Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

WHEREFORE, the government respectfully requests that the time from March 21, 2006 to and including May 23, 2006 be excluded from the time within which this case must be tried

under the Speedy Trial Act.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        ***/s/ Lisa M. Asiaf***
By:    Peter K. Levitt
        Lisa M. Asiaf
        Assistant U.S. Attorneys
        (617) 748-3100

Dated:   March 20, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

        ***/s/ Lisa M. Asiaf***
        LISA M. ASIAF