UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
            V.                  )        Criminal No. 03-10220-MEL
                                )
SEAN BUCCI, et al.              )


## NOTICE OF APPEARANCE


_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By /s/: Sharron Kearney

SHARRON KEARNEY
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3687


Dated: May 23, 2006

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2006.


/s/: *Sharron Kearney*
SHARRON KEARNEY
Assistant U.S. Attorney


Dated: May 23, 2006