IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          :
                                  :    Crim No. 03-10220-MBB
         v.                       :
                                  :
SEAN BUCCI, et al                 :
     Defendants                   :

### ASSENTED TO MOTION TO EXCLUDE TIME

The United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from May 17, 2006, through the Final Status Conference date of June 26, 2006. As reasons therefore, the United States submits that exclusion of the time would be in the interests of justice. The defendant's attorney has assented to this motion.

>                   Respectfully submitted,
>
>                   Michael J. Sullivan
>                   UNITED STATES ATTORNEY
>
>
>          By:   /s/ Sharron Kearney
>                ASSISTANT UNITED STATES ATTORNEY
>                Sharron Kearney
>                United States Courthouse
>                1 Courthouse Way
>                Suite 9200
>                Boston, MA 02210
>                617-748-3687