IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No. 03-10220-MEL |
| v. : | |
| : | |
| SEAN BUCCI, : | |
| : | |
| Defendant. | |

### GOVERNMENT'S MOTION SEEKING LEAVE UNTIL JUNE 7, 2006 TO FILE RESPONSE TO DEFENSE DISCOVERY REQUEST

The United States respectfully moves for leave of Court to file a response to the defense request for discovery on June 7, 2006. In support of the motion, the government submits the following:

This case was recently assigned to the undersigned new Assistant United States Attorney, Sharron A. Kearney, who has been in the office since late March 30, 2006. Although the government's response is partially complete, the new Assistant needs additional time, until June 7, 2006, to prepare a response to the defense request for discovery.

                Respectfully submitted,

                Michael J. Sullivan
                UNITED STATES ATTORNEY

By: /s/ Sharron Kearney
    ASSISTANT UNITED STATES ATTORNEY
    Sharron Kearney
    United States Courthouse
    1 Courthouse Way
    Suite 9200
    Boston, MA 02210
    617-748-3687