IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No. 03-10220-MEL |
| v.  : | |
| : | |
| SEAN BUCCI, : | |
| : | |
| Defendant. | |

### GOVERNMENT'S MOTION SEEKING LEAVE UNTIL JULY 13, 2006 TO FILE RESPONSE TO DEFENSE DISCOVERY REQUEST

The United States respectfully moves for leave of Court to file a response to the defense request for discovery on July 13, 2006. In support of the motion, the government submits the following:

This case was assigned to the undersigned new Assistant United States Attorney, Sharron A. Kearney. The discovery in this case is voluminous and in order to completely comply with the defense discovery request, the undersigned must completely review of all the discovery materials.  Although the government's response is partially complete, the undersigned needs additional time, until July  13, 2006, to prepare a response to the defense request for discovery.

                Respectfully submitted,

                Michael J. Sullivan
                UNITED STATES ATTORNEY

By:   /s/ Sharron Kearney
        ASSISTANT UNITED STATES ATTORNEY
        Sharron Kearney
        United States Courthouse
        1 Courthouse Way
        Suite 9200
        Boston, MA 02210
        617-748-3687