IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No. 03-10220-MBB |
| v. : | |
| : | |
| SEAN BUCCI, et al : | |
|     Defendants : | |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from May 23, 2006, through the Final Status Conference date of July 13, 2006. As reasons therefore, the United States submits that exclusion of the time would be in the interests of justice. The defendant's attorney has assented to this motion.

        Respectfully submitted,

        Michael J. Sullivan
        UNITED STATES ATTORNEY

By:  /s/ Sharron Kearney
    ASSISTANT UNITED STATES ATTORNEY
    Sharron Kearney
    United States Courthouse
    1 Courthouse Way
    Suite 9200
    Boston, MA 02210
    617-748-3687