IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No. 03-10220-MEL |
| v. : | |
| : | |
| SEAN BUCCI, et al : | |
| : | |
| Defendant. | |

ASSENTED TO GOVERNMENT'S MOTION SEEKING TO RESCHEDULE STATUS CONFERENCE TO SEPTEMBER 13, 2006
AND TO EXCLUDE TIME

The United States respectfully moves for leave of Court to reschedule a status conference that is currently scheduled for July 13, 2006. For reasons set forth in the government's request to extend the time to respond to defense request for discovery, the government requests that this case be rescheduled for a status conference on September 13, 2006, or another date convenient for the Court.

Additionally, the United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from July 13, 2006, through the Final Status Conference date of September 13, 2006. As reasons therefore, the United States submits that exclusion of the time would be in the interests of justice. The defendant's attorney has assented to this motion.

                                        Respectfully submitted,

                                        Michael J. Sullivan
                                        UNITED STATES ATTORNEY

                    By:   /s/ Sharron Kearney
                         ASSISTANT UNITED STATES ATTORNEY
                         Sharron Kearney
                         United States Courthouse
                         1 Courthouse Way
                         Suite 9200
                         Boston, MA 02210
                         617-748-3687