# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10220-MEL

UNITED STATES OF AMERICA

v.

SEAN BUCCI
DARREN MARTIN
CATHERINE BUCCI

## FINAL STATUS REPORT

JULY 14, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Second Superseding Indictment in the above-entitled case, which charges defendants Sean Bucci and Catherine Bucci with conspiracy to commit money laundering and defendants Sean Bucci and Darren Martin with conspiracy to distribute marijuana and possession with intent to distribute marijuana, was returned on July 28, 2005;

2. The defendants were arraigned on the Second Superseding Indictment on August 9, 2005;

3. There are outstanding discovery issues at this time and defense counsel anticipate the filing of dispositive motions;

4. At the time of arraignment, the government estimated that it would call up to 15 witnesses and that a trial would last approximately two weeks;

5. Defense counsel anticipate that this case will be resolved by way of a trial;

6. Despite the fact that there are outstanding discovery issues, this case is hereby returned to the district judge to whom the case is assigned as per his request.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE