**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

July 26, 2006

Peter Levitt
Sharron Kearney
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Henry Brennan
Brennan & Chase, LLP
20 Park Plaza, Suite 1405
Boston, MA 02116

Stellis Sinnis
Federal Defender's Office
408 Atlantic Avenue
3rd Floor, Suite 328
Boston, MA 02210

Robert Sincheimer
Sinscheimer & Associates
4 Longfellow Place
Suite 3501-06
Boston, MA 02114

Re: *United States v. Sean Bucci et al.*
03-CR-10220-MEL

Dear Mr. Levitt, Ms. Kearney, Mr. Sinnis, Mr. Brennan, and Mr. Sinsheimer,

Pursuant to the status conference held today, this case will proceed as follows: The defendants' final discovery motion will be filed on August 25, 2006. The government's response to that motion will be due on September 8, 2006. The defendants will have two weeks from the Court's ruling on the discovery motion to file any dispositive motions. The government will have two weeks to respond.

This case is scheduled for trial beginning January 22, 2007. It is estimated that the trial will last between two and three weeks. All pretrial papers including witness and exhibit lists, propose voir dire, and proposed jury instructions are due no later than January 8, 2007.

Very truly yours,

*Susan Farbstein*
Susan Farbstein
Law Clerk to U.S.D.J. Lasker