```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )    Cr. No. 03-10220 MEL
     v.                      )
                             )
1.   SEAN BUCCI,             )
2.   DARREN MARTIN, and      )
3.   CATHERINE BUCCI,        )
        Defendants.          )
```

### GOVERNMENT'S ASSENTED TO MOTION
### TO CONTINUE TRIAL DATE BY ONE WEEK

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt and Sharron Kearney, Assistant U.S. Attorneys, and hereby moves to continue the trial date from January 22, 2007 to January 29, 2007. The defendants, through counsel, have assented to this request.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                         /s PETER K. LEVITT
                  By:    PETER K. LEVITT
                         SHARRON KEARNEY
                         Assistant U.S. Attorneys
                         (617) 748-3100
```

Dated: August 3, 2006