```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )      Cr. No. 03-10220 MEL
        v.                    )
                              )
1.  SEAN BUCCI,               )
2.  DARREN MARTIN, and        )
3.  CATHERINE BUCCI,          )
        Defendants.           )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt and Sharron Kearney, Assistant U.S. Attorneys, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 13, 2006 (the date of the final status conference), to and including January 29, 2006 (the date of trial).  As grounds for this motion, the government states as follows.

A final status conference was held before Magistrate Judge Bowler on July 13, 2006, at which time the Court noted that there were ongoing discovery issues and that the defendant's intended to file discovery and/or dispositive motions.  A status conference was held before this Court on July 26, 2006, at which time the defendants indicated their continued intention to file discovery motions and dispositive motions.  The Court, with the parties input, then established a schedule for the filing of discovery motions and dispositive motions, and responses, and set a trial date of January 29, 2007.  The requested delay is therefore in the interests of justice and outweighs the best

interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A). The defendants, through counsel, have assented to this motion.

WHEREFORE, the government respectfully requests that the time from July 13, 2006, to and including January 29, 2006, be excluded from all calculations under the Speedy Trial Act.

>                    Respectfully submitted,
>
>                    MICHAEL J. SULLIVAN
>                    United States Attorney
>
>                    /s PETER K. LEVITT
>               By:  PETER K. LEVITT
>                    SHARRON KEARNEY
>                    Assistant U.S. Attorneys
>                    (617) 748-3100

Dated: AUGUST 4, 2006