UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>SEAN BUCCI, )<br>DARREN MARTIN, )<br>CATHERINE BUCCI. )<br>_____) | CR No. 03-10220-MEL |

**DEFENDANT, CATHERINE BUCCI'S MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT FOR VIOLATION OF THE STATUTE OF LIMITATIONS**

Pursuant to Fed. R. Crim. P. 12(b) defendant, Catherine Bucci, moves this court to dismiss the indictment returned against her in the above-entitled case because it violates the statute of limitations for the offense charged. The indictment was not found within five years next after such offense charged was allegedly committed and therefore it should be dismissed. 18 U.S.C.A. §3282.

                              Respectfully Submitted,
                              CATHERINE BUCCI,
                              By her attorney,

                              /s/ Robert S. Sinsheimer
                              B.B.O No. 464940
                              Denner Pellegrino, LLP
                              4 Longfellow Place, 35th Floor
                              Boston, MA 02114
                              617-722-9954

Dated: August 17, 2006

## Certificate of Service

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2006.

      /s/ Robert S. Sinsheimer