UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,   )
                            )
vs.                         )
                            )   CR No. 03-10220-MEL
SEAN BUCCI,                 )
DARREN MARTIN,              )
CATHERINE BUCCI.            )
_____)

## MOTION FOR EARLY DISCLOSURE
## OF CERTAIN ALLEGED JENCKS ACT MATERIAL

     The defendant Catherine Bucci respectfully requests that this Honorable Court order the United States to furnish her with any records of and statements of any witness forthwith, even is such material is "Jencks" material. See 18 U.S.C. §3500. The defendant requests that all exculpatory evidence, including evidence which can be used to impeach any witness, and evidence of promises, rewards and inducements or other "Giglio" material be disclosed forthwith. This request is made pursuant to Fed. R. Crim. P. 16; Local Rule 116.2; United States v. Owens, 933 F. Supp. 76 (D. Mass 1996); United States v. Snell, 899 F. Supp. 17 (D. Mass 1995); Brady v. Maryland, 373 U.S. 83 (1963), and all principles of justice, fairness, and equity.

     In further support hereof, the defendant relies upon a separate memorandum of law.

                                                       Respectfully Submitted,
                                                   CATHERINE BUCCI,
                                                 By her attorney,

                                               /s/ Robert S. Sinsheimer
                                               B.B.O No. 464940
                                             Denner Pellegrino, LLP
                                             4 Longfellow Place, 35th Floor
                                             Boston, MA 02114
                                             617-722-9954

Dated: August 17, 2006

## Certificate of Service

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2006.

      /s/ Robert S. Sinsheimer