UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA.  )
                          )
vs.                      )
                          )       CR No. 03-10220-MEL
SEAN BUCCI,          )
DARREN MARTIN,    )
CATHERINE BUCCI.    )
_____)

## MOTION FOR A BILL OR PARTICULARS

Pursuant to Fed. R. Crim. P. 7, the defendant moves that the government provide her with a Bill of Particulars. Specifically the defendant requests that the government provide further particulars on the following aspects of the indictment:

1.      The manner and means by which it is alleged Ms. Bucci's knowledge of the alleged crimes committed by her son was obtained;

2.      The manner and means by which the government alleges Ms. Bucci had or obtained knowledge that certain funds were the product of illicit activity;

3.      The manner and means by which it is alleged Ms. Bucci obtained knowledge that the alleged financial transactions were designed to conceal and disguise the nature, the location, the source, the ownership, and the control of proceeds of the specified unlawful activity. 18 U.S.C.A §1956(h).

In support, Ms. Bucci asserts that the government's Second Superseding Indictment against her does not provide any fact or detail to support its naked and vague allegation that she had the requisite knowledge under the money laundering statute.

In further support, Ms. Bucci relies upon the appended memorandum of law.

Respectfully Submitted,

CATHERINE BUCCI,
By her attorney,

/s/ Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-722-9954

Dated: August 17, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2006.

/s/ Robert S. Sinsheimer