**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 03-10220-MEL |
| SEAN BUCCI, et al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Now comes the undersigned Assistant U.S. Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the above captioned matter. Undersigned counsel notes that she has transferred units within the U.S. Attorney's Office and is no longer assigned to the Drug Unit, through which the above captioned matter is being prosecuted. Assistant U.S. Attorneys Peter Levitt and Sharron Kearney will continue to represent the government in this matter.

Dated: Sept. 19, 2006

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
   _/s/ Lisa M. Asiaf_
LISA M. ASIAF
Assistant U.S. Attorney
(617) 748-3268

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Sept. 19, 2006.

   _/s/ Lisa M. Asiaf_
LISA M. ASIAF