

# DENNER ◆ PELLEGRINO, LLP

### COUNSELLORS AT LAW

September 20, 2006

The Honorable Morris E. Lasker
Justice of the United States District Court
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   United States of America v. Catherine Bucci
      United States District Court Docket No.: 2003-10220-MEL

Dear Judge Lasker:

Please accept this letter as a request to correct a minor error in Defendant Catherine Bucci's Memorandum of Law in Support of her Motion to Dismiss Second Superseding Indictment For Violation of the Statute of Limitations filed on August 17, 2006.

The memorandum states that the indictment date is August 11, 2005. In fact, the indictment date is July 28, 2005. We do not believe this change has any significance to the legal issue before the court, as all of the alleged criminal activity also took place before July 28, 2005. Indeed, we note that the government agreed to the August 11th date in its Opposition to Defendant Catherine Bucci's Motion to Dismiss Second Superseding Indictment For Violation of the Statute of Limitations at page 11. (Referring to August 11, 2006 as the critical date.)

Even so, we recognize that the interest in accuracy requires us to request this correction. Thank you for your attention to this matter.

Very truly yours,

Robert S. Sinsheimer

Copy:  Peter Leavitt, Esquire
       Ms. Catherine Bucci

H:\sinsheimer\MyFiles\BUCCI, CATHERINE\Court.092006.wpd

---

4 Longfellow Place, 35th Floor, Boston, MA 02114   Telephone (617) 227-2800   Telefax (617) 973-1562

| 265 State Street | 536 Atwells Avenue | 350 Fifth Avenue, Suite 6110 |
| Springfield, MA 01103 | Providence, RI 02903 | New York, NY 10118 |
| (413) 746-4400 | (401) 454-4400 | (866) 348-0900 |