```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
                                )     Cr. No. 03-10220 MEL
        v.                      )
                                )
3. CATHERINE BUCCI, et al.      )
        Defendant.              )
```

<u>GOVERNMENT'S REVISED OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS FOR VIOLATION OF STATUTE OF LIMITATIONS</u>

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Peter K. Levitt, hereby opposes the defendant's motion to dismiss the Second Superseding Indictment (the "Indictment") for violation of the statute of limitations.

**I.   FACTUAL BACKGROUND**

The government alleges that, from the mid 1990s until his arrest in June 2003, Sean Bucci was a large scale drug trafficker who made hundreds of thousands of dollars selling marijuana and who had only minimal legitimate income. The Indictment alleges that, from in or about January, 2002, and continuing thereafter until on or about June 4, 2003, Sean Bucci was involved in a conspiracy to distribute over 1,000 kilograms of marijuana. Bucci, Darren Martin, and Anthony Belmonte were arrested on June 4, 2004, after Belmonte delivered a load of marijuana to Bucci at his residence at 23 Marshall Street, North Reading, MA (approximately 450 pounds were seized by DEA, over 300 of which was in Bucci's car).