UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   No. 03-10220-MEL |
| v. | ) |
| | ) |
| SEAN BUCCI | ) |
| DARREN MARTIN | ) |
| CATHERINE BUCCI, | ) |
|     Defendants | ) |
| _____ | ) |

NOTICE OF APPEARANCE

    Please take notice that John P. McAdams, Trial Attorney, United States Department of Justice, Tax Division, Northern Criminal Enforcement Section, is entering his appearance as counsel for the Government in the above captioned case.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

                By:     s/ John P. McAdams
                        John P. McAdams
                        Trial Attorney
                        U.S. Department of Justice
                        Tax Division, Criminal Enforcement Section
                        Washington, DC
                        john.p.mcadams@usdoj.gov
                        MA Bar # 654684