UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 03-10220 MEL |
| v. ) | |
| ) | |
| 4. CATHERINE BUCCI, ) | |
| Defendant. ) | |

## PROTECTIVE ORDER

The United States, by its attorneys, has moved for a protective order. The defendant, Catherine Bucci, and her counsel, Robert S. Sinsheimer, have assented to the motion.

It is hereby Ordered as follows.

1. All statements of government witnesses provided by the government to defendant Catherine Bucci, including but not limited to grand jury transcripts and exhibits, and interview reports (the "Jencks Materials"), must remain in the office of Catherine Bucci's counsel, Robert S. Sinsheimer, Esq. ("Counsel"), at Sinsheimer & Associates, 4 Longfellow Place, Boston, MA 02114.[1] Counsel is restricted from disseminating the Jencks Materials to his client, Catherine Bucci, and any other person. The defendant Catherine Bucci may review the Jencks Materials in the offices of Counsel. The Defendant is restricted from copying the Jencks Materials and is restricted from removing any of the Jencks Materials from the offices of Counsel.

---

[1] When used herein, the term "Counsel" refers to Mr. Sinsheimer, and any person employed by or working with Mr. Sinsheimer, including, but not limited to, investigators, legal secretaries, and paralegals.

2. Defendant Catherine Bucci and Counsel are prohibited from placing, or arranging or assisting in the placement of, the identities of any of the witnesses in this case on the who-a-rat.com website (or any other website).

3. Defendant Catherine Bucci and Counsel are prohibited from disclosing, in any way shape or form, the identities of any government witnesses included in the Jencks Materials to any other individual, including, but not limited to, defendant Sean Bucci.

So Ordered,

_____
Morris E. Lasker
United States District Court Judge

Dated:


Agreed to by:


_____                    _____
Catherine Bucci                              Date: