UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES              )         Case No: 03-CR-10020-MEL
                                )
v.                              )
                                )
CATHERINE BUCCI        )
_____)

MOTION TO EXCLUDE POTENTIAL "404(b)" EVIDENCE

      The defendant Catherine Bucci moves to exclude certain evidence that the government has disclosed which the government has asserted is admissible per Fed. R. Evid. 404(b). This evidence includes but is not limited to evidence that Ms. Bucci may have committed mortgage fraud when applying for a loan.

      The defendant respectfully suggests that any prejudice far outweighs any alleged probative value of the proffered evidence, and requests that the court not allow the evidence to be admitted.

      In support of this motion, the defendant relies upon the memorandum filed herewith.

                                                  Respectfully Submitted,
                                                  CATHERINE BUCCI,
                                                  By her attorney,

                                                /s/ Robert S. Sinsheimer
                                                B.B.O No. 464940
                                                Denner Pellegrino, LLP
                                                4 Longfellow Place, 35th Floor
                                                Boston, MA 02114
                                                617-722-9954

Dated: January 18, 2007

**Certificate of Service**

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2007.

        /s/ Robert S. Sinsheimer