UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES                       )    Case No: 03-CR-10020-MEL
                                    )
v.                                  )
                                    )
CATHERINE BUCCI                     )
_____)

MOTION IN LIMINE (STATEMENTS THAT PARENTS KNEW)

The defendant moves in limine to prevent the government from introducing evidence of any alleged statement made by Sean Bucci to the effect that his parents knew he dealt marijuana. Ms. Bucci has recently received discovery indicating that Leigha Genduso has allegedly told the government that the co-defendant Sen Bucci told her words to the effect that "his parents knew he was a pot dealer but didn't care."

In support Ms. Bucci states that admission of such evidence would be crystal clear violation of Bruton v. U.S. and its progeny.  Moreover, while theoretically, such evidence could be admitted against Mr. Bucci, given the volume of more compelling evidence, the only practical purpose of admitting such evidence would be to use the evidence against Ms. Bucci. See United States v. Turner, 2007 U.S. App. LEXIS 545 (similar facts, blatant Bruton error).

                                             Respectfully Submitted,
                                             CATHERINE BUCCI,
                                             By her attorney,

                                           /s/ Robert S. Sinsheimer
                                           B.B.O No. 464940
                                           Denner Pellegrino, LLP
                                           4 Longfellow Place, 35th Floor
                                           Boston, MA 02114
                                           617-722-9954

Dated: January 18, 2007

## Certificate of Service

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2007.

      /s/ Robert S. Sinsheimer