```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )      Cr. No. 03-10220 MEL
          v.                   )
                               )
1.   SEAN BUCCI,               )
3.   DARREN MARTIN, and        )
4.   CATHERINE BUCCI,          )
        Defendants.            )
```

GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Peter K. Levitt and Department of Justice Trial Attorney, John P. McAdams, hereby request that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.   The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

  (d) ever had any involvement, of any sort, with the United States Drug Enforcement Administration, the United States Internal Revenue Service, the North Reading Police Department, the Haverhill Police Department, the Salem N.H. Police Department, or the Massachusetts State Police?

  2. Aside from these particular circumstances, are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

  3. Some of the witnesses expected to be called by the United States at trial are Special Agents with the United States Drug Enforcement Administration and the Internal Revenue Service, and police officers with the North Reading Police Department, the Haverhill Police Department, the Salem N.H. Police Department, and the Massachusetts State Police.  Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer working for the United States or the state police forces mentioned?

  4. Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them?  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

  5. Do you have any strong feelings regarding the federal drug trafficking laws that would effect your ability to sit as a fair and impartial juror in this case?  Are you or any member of

your family a member of an organization that advocates the legalization of controlled substances?

6. Do any of you have strong feelings regarding marijuana or the legalization of marijuana that would effect your ability to sit as a fair and impartial juror in this case? Do any of you feel that violations of the federal laws regarding marijuana should not be prosecuted as crimes by the government?

7. Have you, or has a close relative or friend ever been audited by the Internal Revenue Service? If yes --

    (a) Was the matter resolved to your satisfaction or to your relative's or friend's satisfaction?

    (b) Were you or was your relative or friend treated fairly and courteously by IRS agents or officials?

    (c) Do you hold any grudges against the Internal Revenue Service as a result of this experience?

    (d) Would your feelings prevent you from listening to the government's case fairly and impartially and rendering a verdict according to the evidence?i)

8. Do any of you have any disagreement with the idea that everyone is obligated to obey the income tax laws, as well as all other laws of this country? Do any of you believe that the tax laws of the United States are unconstitutional?

9. Do any of you, your relatives or any close friends belong to any group or association that works for the revision or abolition of the tax laws of this country?

10. Do any of you feel that violations of Federal income tax laws should not be prosecuted as crimes by the government?

11. Do any of you have any reason, conscientious or otherwise, why you could not sit as jurors and find this defendant guilty of the crimes with which he has been charged if the evidence submitted to you under the rules of law and the instructions the Court gives prove him to be guilty of these crimes?

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN,
>
>United States Attorney,
>
>By: s/ PETER K. LEVITT
>PETER K. LEVITT
>Assistant U.S. Attorney
>JOHN P. McADAMS
>Trial Attorney, DOJ
>One Courthouse Way
>Boston, MA
>617-748-3100

January 18, 2007