UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES                          )            Case No: 03-CR-10020-MEL
                                                    )
v.                                                  )
                                                    )
CATHERINE BUCCI                        )
_____)

### CATHEREINE BUCCI'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS

Now comes the Defendant in the above matter and requests that the court instruct the

prospective jurors as follows:

At this time I am going to put some questions to you which are to be answered with

complete candor.  The questions are not designed to embarrass anyone; nor are they designed to

invade in any way your right to privacy.  Rather, the questions are designed simply to insure that

both the Defendant and the government receive a trial by an impartial jury--that is, by qualified

jurors who have no bias or prejudice that would prevent them from returning a verdict according

to the law and the evidence.

The Defendant further requests that the following questions, over and beyond those

required to be asked by statute, be asked of prospective jurors:

1.      Have you, any member of your immediate family, or close personal friend ever

been the victim of a crime?

        a.      If so, would this fact make it difficult for you to decide this case based

upon the evidence alone?

2.      Have you served on jury duty before in this Court or any other Court?

a.      If so, would this fact tend to influence your decision in this case in any way?

3.      Can you accept the proposition of law that a Defendant is presumed to be innocent, has no burden to establish his innocence, and is clothed throughout the trial with this presumption?  Further, do you understand that the government must prove its case beyond a reasonable doubt, and if the case is not proven beyond a reasonable doubt, you must acquit the defendant?

4.      Would the fact that the Defendant was charged in this case interfere with your ability to presume she is innocent?

5.      During deliberation, if you have formed an opinion, would you keep an open mind and listen to the opinion of others?

6.      If you come to the conclusion that the prosecution had not proven the guilt of the accused beyond a reasonable doubt, and you found that a majority of the jurors believed the Defendant was guilty, would you change your verdict only because you were in the minority?

7.      This case must be decided on the basis of evidence presented in this courtroom, and no other evidence. Can you accept this proposition without hesitation?

8.      Do you understand that you must hold the government to the reasonable doubt standard regardless of whewther you like or dislike the defendant?

9.      Are you, or any members of your immediate family or any  close personal friends employed presently, or have been in the past employed, in any law enforcement agency, including the office of any prosecutor?

10.     Are you, or any members of your immediate family or any close personal friends employed presently, or have been in the past employed, as a private security guard or "special police" officer.

11.     The defendant is charged with one count of conspiracy to launder money. Is there anything at all in the nature of the charge itself that would cause you to believe the defendant is guilty.

12.     I instruct you that the charges against each individual defendant must be treated and considered separately. Will you be able to do this even if the defendants are close relatives?

13.     Would you tend to accept the testimony of a law enforcement officer as more likely to be truthful or accurate than the testimony of an ordinary witness?

14.     The government must prove each and every element of the charge beyond a reasonable doubt. If the government can not do that, you must acquit. Would you be able to acquit the defendants even if the government had proved most of the elements of the crime beyond a reasonable doubt, so long as a single element was not proven beyond a reasonable doubt.

Respectfully Submitted,
CATHERINE BUCCI,
By her attorney,

/s/ Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-722-9954

Dated: January 19, 2007

## **Certificate of Service**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2007.

/s/ Robert S. Sinsheimer