UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 03-10220 MEL |
| v.  ) | |
| ) | |
| 1.  SEAN BUCCI, ) | |
| 3.  DARREN MARTIN, and ) | |
| 4.  CATHERINE BUCCI, ) | |
| Defendants. ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt and John, P. McAdams, Trial Attorney, Department of Justice, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 29, 2007 (the originally scheduled trial date), to and including February 12, 2007 (the re-scheduled trial date).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A).  The defendants, through counsel, have assented to this request.

WHEREFORE, the government respectfully requests that the time from January 29, 2007, to and including February 12, 2007, be excluded from all calculations under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s PETER K. LEVITT
                        By:    PETER K. LEVITT
                                      Assistant U.S. Attorney
                                      (617) 748-3355

Dated: January 25, 2007