UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )      Cr. No. 03-10220 MEL
       v.                     )
                              )
1.  SEAN BUCCI,               )
3.  DARREN MARTIN, and        )
4.  CATHERINE BUCCI,          )
       Defendants.            )

            EXHIBIT LIST OF THE UNITED STATES OF AMERICA

   The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| 1 | Stipulation regarding Drug Exhibits |
| 2 | Marijuana residue seized on March 28, 2003 |
| 3 | Marijuana residue seized on May 2, 2003 |
| 4 | Marijuana residue seized on May 2, 2003 |
| 5 | Marijuana residue seized on June 4, 2003 |
| 6 | Marijuana residue seized on June 4, 2003 |
| 7 | Marijuana residue seized on June 4, 2003 |
| 8 | Marijuana residue seized on June 4, 2003 |
| 9 | Marijuana residue seized on June 4, 2003 |
| 10 | Marijuana residue seized on June 4, 2003 |
| 11 A-I | Representative samples of marijuana removed from the marijuana seized from Anthony Belmonte on June 4, 2003 |

| | |
|---|---|
| 12 A-K | Representative samples of marijuana removed from the marijuana seized from Darren Martin on June 4, 2003 |
| 13 A-K | Representative samples of marijuana removed from the marijuana seized from Sean Bucci on June 4, 2003 |
| 14 | Photograph of 23 Marshall Street, North Reading, MA |
| 15 A-C | Original United States Drug Enforcement Administration video tapes of pole camera recordings of 23 Marshall Street, North, Reading, MA, from October 2002 to June 4, 2003 |
| 16 | United States Drug Enforcement Administration compact disc of excerpted pole camera recordings of 23 Marshall Street, North Reading, MA, on June 4, 2003 |
| 17 A-B | United States Drug Enforcement Administration compact disc of excerpted pole camera recordings of 23 Marshall Street, North Reading, MA, on October 21, 2002 |
| 18 | United States Drug Enforcement Administration compact disc of excerpted pole camera recordings of 23 Marshall Street, North Reading, MA, on March 22, 2003 |
| 19 | United States Drug Enforcement Administration compact disc of excerpted pole camera recordings of 23 Marshall Street, North Reading, MA, on March 27, 2003 |
| 20 | United States Drug Enforcement Administration compact disc of excerpted pole camera recordings of 23 Marshall Street, North Reading, MA, on April 29, 2003 |

| | |
|---|---|
| 21 | Original United States Drug Enforcement Administration micro-cassette of processing of bulk marijuana at Wilmington, MA, Police Department of on June 11, 2003 |
| 22 | United States Drug Enforcement Administration compact disc of processing of bulk marijuana at Wilmington, MA, Police Department on June 11, 2003 |
| 23 | Photographs of processing of bulk marijuana at Wilmington, MA, Police Department on June 11, 2003 |
| 24 | U-Haul boxes seized on March 28, 2003 |
| 25 | Packaging material seized on May 2, 2003 |
| 26 | Packaging material seized on May 2, 2003 |
| 27 A-C | U-Haul boxes seized on May 2, 2003 |
| 28 | Drug ledger seized from Anthony Belmonte on June 4, 2003 |
| 29 A-F | Packaging material seized on June 4, 2003 (large plastic bags) |
| 30 | Money counter seized on June 4, 2003 |
| 31 | Money wrappers seized on May 2, 2003 |
| 32 | Digital scale seized on June 4, 2003 |
| 33 | Scale seized on June 4, 2003 |
| 34 | Packaging material seized on June 4, 2003 |
| 35 | Police scanner seized on June 4, 2003 |
| 36 A-B | Police Call Frequency Guides (1995 & 2000) |
| 37 A-C | Surveillance video equipment seized on June 4, 2003 |

| | |
|---|---|
| 38 | Large black mixing bin seized on June 4, 2003 |
| 39 | Eco Enterprises Catalog (2003-04) seized on June 4, 2003 |
| 40 A-M | Drug ledgers seized on June 4, 2003 and May 2, 2003 |
| 41 | Hockey bag seized from Darren Martin on June 4, 2003 |
| 42 A-D | Aruba travel documents seized on March 28, 2003, May 2, 2003, and June 4, 2003 |
| 43 | Photographs of 23 Marshall Street taken on June 4, 2003 |
| 44 A-B | Hockey bags seized on June 4, 2003 |
| 45 | Heaven Gentlemen's Club, Aruba, business plan and cards |
| 46 | Chevrolet Avalanche Documents seized on June 4, 2003 |
| 47 | Boat (Silverton) documents seized on June 4, 2003 |
| 48 | AT&T bill 23 Marshall Street, North Reading, MA, Leigha Genduso, seized on May 2, 2003 (978-276-1861) |
| 49 | Photograph of Leigha Genduso seized on June 4, 2003 |
| 50 | Photograph of Sean Bucci and Leigha Genduso seized on June 4, 2003 |
| 51 | Signed checks of Catherine Bucci from SIS Family Bank seized on June 4, 2003 |
| 52 | MBNA America credit card bill for Sean Bucci seized on June 4, 2003 |
| 53 | MBNA America 2002 Summary of Charges for Sean Bucci seized on June 4, 2003 |
| 54 | MBNA checks seized on June 4, 2003 |

| | |
|---|---|
| 55 | Sean Bucci check to A&B Consulting seized on June 4, 2003 |
| 56 | Sean Bucci checks to BayBridge (DJ tab) seized on June 4, 2003 |
| 57 | Sean Bucci statement from BankNorth seized on June 4, 2003 |
| 58 | Catherine Bucci statement from BankNorth seized on June 4, 2003 |
| 59 | World Savings documents of William & Catherine Bucci seized on June 4, 2003 |
| 60 | Miscellaneous cancelled checks of Sean Bucci seized on June 4, 2003 |
| 61 | Miscellaneous BankNorth receipts of Sean Bucci seized on June 4, 2003 |
| 62 | Newspaper article from Salem News dated September 12, 2002 |
| 63 | Compact disc of photographs of vehicles and marijuana seized on June 4, 2003 |
| 64 | Compact disc of photographs of vehicles and marijuana seized on June 4, 2003 |
| 65 | Documents regarding Mossberg Shotgun seized on June 4, 2003 |
| 66 A-G | Photographs from Aruba trips seized on January 4, 2003 |
| 67 | Fleet cash credit card payment record seized on June 4, 2003 |
| 68 | Cash journal seized on June 4, 2003 |
| 69 A-B | Telephone records of Anthony Belmonte |
| 70 | Summary chart of Anthony Belmonte telephone records |

| | |
|---|---|
| 71 A-B | Certified telephone subscriber records for Sean Bucci and 23 Marshall Street, North Reading, MA |
| 72 | Certified Budget rental car records of Anthony Belmonte |
| 73 | Certified Enterprise rental car records of Anthony Belmonte |
| 74 | Anthony Belmonte and Gary Milo letter agreement, dated May 18, 1999, re $20,000 loan |
| 75 | Proffer letter from the United States to Anthony Belmonte |
| 76 | Plea agreement between the United States and Anthony Belmonte dated February 10, 2005 |
| 77 | Indictment charging Anthony Belmonte with conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana |
| 78 | Proffer letter from the United States to Mark Wojciechowski |
| 79 | Plea agreement between the United States and Mark Wojciechowski dated June 14, 2004 |
| 80 | Superseding Indictment charging Mark Wojciechowski with conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana |
| 81 | Proffer letter from the United States to Eric Carbone |
| 82 | Compulsion Order for Leigha Genduso dated January 23, 2007 |
| 83 | Compulsion Order for Jason Carnes dated January 23, 2007 |

| | |
|---|---|
| 84 | Compulsion Order for Christian Bleicher dated          , 2007 |
| 85 | Certified Notice of Appearance of Attorney Gary Zerola, dated June 5, 2003, in <u>United States v. Sean Bucci et al.</u>, Cr. No. 03-10220 MEL. |
| 86 | Certified Notice of Appearance of Attorney Michael Natola, dated June 23, 2003, in <u>United States v. Sean Bucci et al.</u>, Cr. No. 03-10220 MEL. |
| 87 | United States Drug Enforcement Policy Book (excerpt) |
| 88 A-I | Certified Records of SIS Family Bank (now TD Banknorth) Account# 8020308090 (hereinafter "Family Bank Account") in the name of Catherine Bucci and excerpts of SIS Family Account records |
| 89 A-C | Certified Records of Beverly Co-op Account #53003109 (hereinafter "Beverly Account")in the name of Catherine and William Bucci and excerpts of Beverly Account records |
| 90 A-H | Certified Records of First Massachusetts Account#824-0004593 (hereinafter 'First Mass. Account')in the name of Sean Bucci and excerpts of First Mass. Records |
| 91 A-H | Certified Records of Salem Five Saving Bank Account #042062745 (hereinafter 'Salem Account') in the name of Catherine Bucci and excerpts of Salem Account records |
| 92 A-D | Certified records of Warren Five Cents Savings Bank (now TD Banknorth) Account# 88000922 (hereinafter 'Warren Account')in the name of Catherine Bucci and excerpts of Warren Account |
| 93 A-L | Federal Tax records of Sean Bucci |

| | | |
|---|---|---|
| 94 | A-L | Federal Tax records of Catherine and William Bucci |
| 95 | | Certified Records of Safety Deposit Box Fleet Bank (now Sovereign Bank) |
| 96 | | Certified Chevrolet Avalanche records |
| 97 | | Suspicious Activity Report re Sean Bucci and Catherine Bucci |
| 98 | A-B | Certified records of Sean Bucci's JP Morgan Chase Credit Card records (two accounts) |
| 99 | | Certified records of Sean Bucci's MBNA Credit Card |
| 100 | A-J | Summary of bank account deposit and credit activity |
| 101 | | Summary comparison of payees of Family Bank Account and First Mass Account |
| 102 | A-D | Summary Calculation of Tax Due & Owing - Sean Bucci |
| 103 | | Certified records Auction paperwork Marshall Street |
| 104 | A-D | World Savings & Loan Mortgage Records for 23 Marshall Street, North Reading, MA |
| 105 | | World Savings & Loan Mortgage Records Mortgage Records 10 Alderbrook Drive, Topsfield, MA |
| 106 | | Handwriting exemplars - Catherine Bucci |
| 107 | | Rental car agreement seized from Darren Martin on June 4, 2003 |
| 108 | | Affidavit of Sean Bucci, dated September 21, 2004, filed in <u>United States v. Sean Bucci et al.</u>, Cr. No. 03-10220 MEL (for impeachment purposes only) |

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  s/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              JOHN P. McADAMS
                              Trial Attorney, DOJ
                              One Courthouse Way
                              Boston, MA 02210
                              (617)748-3100

Dated:  February 5, 2007
```