```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )     Cr. No. 03-10220 MEL
          v.                   )
                               )
1.   SEAN BUCCI,               )
3.   DARREN MARTIN, and        )
4.   CATHERINE BUCCI,          )
          Defendants.          )
```

<u>WITNESS LIST OF THE UNITED STATES OF AMERICA</u>

The United States of America hereby intends to call the following witnesses at trial. The government reserves its right to supplement or modify the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

1. Gregg Willoughby, Special Agent, Drug Enforcement Administration

2. John Foster, Trooper, Massachusetts State Trooper

3. Thomas Romeo, Detective, North Reading Police Department

4. Kevin Swift, Detective, Salem New Hampshire Police Department

5. Brian Proulx, Detective, Haverhill Police Department

6. Todd Prough, Special Agent, Drug Enforcement Administration

7. Anthony Belmonte

8. Mark Wojciechoski

9. Leigha Genduso

10. Jason Carnes

11. Eric Carbone

12. John Colantoni

13. Christian Bleicher

14. Lynn Bodamer-Roberts

15. Brian Robinson

16. Michael Lambert

17. John Kent

18. Timothy Sheridan

19. Michael Harriman, Special Agent, Internal Revenue Service

20. David Lajoie, Revenue Agent, Internal Revenue Service

21. Betty J. Bleivik, Forensic Chemist, Department of Justice, Drug Enforcement Administration

22. Judith Gustafson, National Forensic Laboratory, Internal Revenue Service

23. Michael Murphy, Detective, North Reading Police Department

24. Paul Crowley, Service Center Representative, IRS

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney,

          By:  /s PETER K. LEVITT
               PETER K. LEVITT
               Assistant U.S. Attorney
               JOHN P. McADAMS
               Trial Attorney, DOJ
               One Courthouse Way
               Boston, MA 02210
               (617)748-3355

Dated: February 6, 2007