UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220-MEL |
| v. | ) | |
| CATHERINE BUCCI | ) | |

### MOTION TO EXCLUDE LEIGHA GENDUSO'S OPINIONS

Pursuant to F.R.E. 403, 701, and all fundamental rules of justice and fairness, the defendant, Catherine Bucci, requests that this Honorable court prevent the government from introducing any opinion by Leigha Genduso that may be used to infer that Catherine Bucci knew about her son's drug activity. Moreover, Ms. Genduso herself should be explicitly instructed not to venture into the realm of opinions and speculation.

In support, the defendant states:

1. In Leigha Genduso's Grand Jury Minutes, she is asked whether Catherine Bucci knew of her son's drug activities. She responds:

    "I would imagine she did."

    "...it doesn't take a rocket scientist to figure it out."

Such opinions are highly prejudicial. They will impair the judgment of the jury. Thus, violating Defendant's due process rights.

Furthermore, other statements of Genduso include statements from Sean about his mother. One such statement is the subject of an explicit and separate Bruton motion in limine.

It is submitted that all such statements present a clear Bruton error, as discussed in

1

<u>Defendant's Memorandum of Law In Support of Her Motion to Exclude Statements That She "Knew"</u>.

For the reasons stated above, the Defendant asks this court to exclude such statements.

                                                  Respectfully Submitted,
                                                  CATHERINE BUCCI,
                                                  By her attorney,

                                                  <u>/s/ Robert S. Sinsheimer</u>
                                                  B.B.O No. 464940
                                                  Denner Pellegrino, LLP
                                                  4 Longfellow Place, 35th Floor
                                                  Boston, MA 02114
                                                  617-722-9954

Dated: February 7, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7, 2007.

                                                  <u>/s/ Robert S. Sinsheimer</u>