UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220-MEL |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CATHERINE BUCCI | ) |  |

## SUPPLEMENTAL MOTION IN LIMINE

The defendant moves in limine to prevent the government from introducing evidence of any alleged statement made by Sean Bucci to Leigh Genduso regarding his mother. In support, Ms. Bucci states that admission of such evidence would be crystal clear violation of <u>Bruton v. U.S.</u> and its progeny.

The subject of his motion includes, but is not limited, to evidence received for the first time on February 7, 2006, contained in a report dated February 6, 2006, in which said Leigha Genduso allegedly told government Agents that Sean Bucci told her the house was in his mothers name, so that he could not get in trouble.

                         Respectfully Submitted,
                         CATHERINE BUCCI,
                         By her attorney,

                         /s/ Robert S. Sinsheimer
                         B.B.O No. 464940
                         Denner Pellegrino, LLP
                         4 Longfellow Place, 35th Floor
                         Boston, MA 02114
                         617-722-9954

Dated: February 8, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2007.

      /s/ Robert S. Sinsheimer