UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES                 )    Case No: 03-CR-10220-MEL
                              )
v.                            )
                              )
CATHERINE BUCCI               )
_____)

### DEFENDANT CATHERINE BUCCI'S
### MOTION TO DISMISS FOR VIOLATION OF THE SPEEDY TRIAL ACT
### OR IN THE ALTERNATIVE
### TO EXCLUDE ANY EVIDENCE PRODUCED SINCE JANUARY 26, 2007
### AND ANY CHARTS SUBSEQUENTLY TO BE PRODUCED BY AGENT HARRIMAN

Pursuant to all fundamental rules of justice and fairness, the defendant, Catherine Bucci, requests that this Honorable court to dismiss the case against her. In the alternative, the defendant requests that the Court exclude all new evidence the government has produced since January 26, 2007, and any evidence produced. In support, the defendant states:

1. At the pre-trial conference on January 24, 2007, the government requested a continuance based on Agent Harriman's alleged family emergency. His wife's anxiety sickness prevented him from traveling to Boston in time for the trial. No other reason for a continuance was proffered. The government expressed that it was mainly concerned about not yet having been able to produce Agent Harriman's report summaries.

2. The continuance was collegially agreed upon only for the above stated reasons. The defendant Catherine Bucci respected Agent Harriman's expressed desire to attend to his ill spouse, and obviously, the defendant needed the charts before making an opening statement.

3. Notwithstanding the expressed basis for a continuance, from January 26, 2007 to this date, the defendant, Catherine Bucci, has received an overwhelming amount of previously undisclosed documents having nothing to do with the stated reasons for the continuance. Some are the result of new interviews. Others, however, include materials that should have ben disclosed months ago. For example, on this date we received a report of a proffer from Peter Belmonte

4. The following documents have been produced in an untimely fashion:

   Copy of August 19, 2005 Interview with Eric Carbone (January 30);

   Report Summary of Kendra Smith (January 31);

   Information Returns Master File Transcript for Sean Bucci 2002-05 (February 2);

   Information Returns Master File Transcript for Catherine Bucci 2002-05 (February 2);

   Information Returns Master File Transcript for William Bucci 2002-05 (February 2);

   Bank Records from Eastern Bank Anthony Belmonte (February 2);

   Bank Records for Beverly National Bank Northern Grind Coffee (February 2);

   Robert Fawcett & Sons records for Sean Bucci at 23 Marshall Street (February 2);

   JP Morgan Credit Card Records for Sean Bucci (February 2);

   Holyoke Mutual Insurance Records for Catherine and William Bucci (February 2);

   Non-redacted copies of the Family Bank Employees (February 2);

   Summary of Charts that Willoughby created during his investigation (February 5);

   Supplemental Report Summary of Leigha Genduso (February 6); and

   Supplemental disclosures for Eric Carbone.

5. However, we have received no charts whatsoever from Agent Harriman, despite the fact that there is only one working day left before trial.

For the reasons stated above, the defendant asks this court to dismiss the case or exclude such evidence.

                                          Respectfully Submitted,
                                          CATHERINE BUCCI,
                                          By her attorney,

                                          /s/ Robert S. Sinsheimer
                                          B.B.O No. 464940
                                          Denner Pellegrino, LLP
                                          4 Longfellow Place, 35th Floor
                                          Boston, MA 02114
                                          617-722-9954

Dated: February 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2007.

                                          /s/ Robert S. Sinsheimer