UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | Case No: 03-CR-10220-MEL |
| ) | |
| v. ) | |
| ) | |
| CATHERINE BUCCI ) | |

**NOTICE OF APPEARANCE**

The undersigned counsel hereby respectfully enters her notice of appearance on behalf of the defendant Catherine Bucci, in the above-captioned matter.

Respectfully Submitted,
CATHERINE BUCCI,
By her attorney,

/s/ Nicole Bonasera
B.B.O No. 668039
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-722-9954

Dated: January 30, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2007.

/s/ Nicole Bonasera

1