```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
                                )      Cr. No. 03-10220 MEL
         v.                     )
                                )
1.  SEAN BUCCI, and             )
4.  CATHERINE BUCCI,            )
         Defendants.            )
```

**GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT CERTAIN EVIDENCE**

During the search of Sean Bucci's house on June 4, 2003, agents seized a business plan for Sean Bucci and a partner, Giovanni Carter, to open a Gentlemen's Club in a casino in Aruba called Heaven.  Agents also seized business cards in the names of Bucci and Carter for the same club.  Copies of both items are attached hereto as Exhibit A.  The defendant moved to exclude this evidence from trial and the Court indicated that it would decide the issue later.  This motion is submitted to assist the Court with the issue.

Both of these items are directly relevant to the three categories of crimes that Sean BUcci is charged with: (1) large scale drug trafficking, (2) money laundering, and (3) tax evasion.  The items seized in the house also corroborates, and is corroborated by, the anticipated testimony of three government witnesses: Leigha Genduso, Eric Carbone, and Anthony Belmonte.[1]  Ms. Genduso is expected to testify that, in the year prior to his

---

[1] In his opening, the defendant stated that the biggest issue in the case was whether there was physical evidence to corroborate the government's non law-enforcement witnesses.

arrest, Sean Bucci was planning on moving to Aruba and opening a gentlemen's club called Heaven in a Casino.  She will testify that he was spending considerable time in Aruba looking into this business venture and that it was straining there relationship.  Eric Carbone is expected to testify that, during this same period, Sean Bucci asked Carbone to come to Aruba with him (and paid for Mr. Carbone airfare and hotel) because he was looking into business ventures in Aruba and wanted Mr. Carbone's assistance in looking at properties.  Anthony Belmonte is expected to testify that Bucci told him he was planning on opening a strip club in Aruba called Heaven.

Obviously, it takes significant capital to open a new business, particularly one as extensive and ambitious as the high-end club described in the attached business plan.[2]  Evidence that the defendant had access to substantial sums of money from unexplained sources is obviously relevant to the issues in this case.  See, e.g., United States v. Figueroa, 976 F.2d 1446, 1454 (1st Cir. 1992) ("Evidence that the defendant possessed or controlled substantial sums of money from unexplained sources is relevant in a prosecution for drug trafficking."); United States v. Burgos, 254 F.3d 8, 15 (1st Cir. 2001) ("Evidence of large

---

[2] The Heaven business plan, for example, states:  "Heaven is an upscale gentlemen's club featuring 50-200 exotic dancers. These dancers will have one, two or three month contracts from around the world, including 'meet and greet' by famous adult entertainers performing in an elegant atmosphere.  Our dancers will perform Las Vegas choreographed shows. . . ."  Exhibit A.

sums of unexplained cash is relevant to demonstrating an individual's involvement in illegal drug activities."); <u>United States v. Geer</u>, 923 F.2d 892, 896 (1st Cir. 1991) ("[I]t is 'common ground that the possession of large amounts of unexplained cash in connection with evidence of narcotics trafficking is generally relevant and admissible.'"); <u>United States v. Newton</u>, 891 F.2d 944, 948 (1st Cir. 1989)(possession of large amounts of unexplained cash relevant in connection with drug trafficking); <u>United States v. Ariza-Ibarra</u>, 605 F.2d 1216, 1224-25 (1st Cir. 1979) (1981)(evidence of large amounts of cash from undisclosed source relevant to charge of drug trafficking); <u>United States v. Tzimopoulos</u>, 1995 U.S. Dis. LEXIS 13102, *15 (D.N.H. 1995) ("It is well established that evidence of unexplained wealth is relevant in proving that a defendant was involved in drug trafficking.").

The Sixth Circuit has explained the relevance of evidence of unexplained wealth thusly:

> Sometimes . . . evidence of extreme wealth or extravagant spending is admissible under Federal Rules of Evidence 401 and 403.  For example, in a narcotics case, we have held that the government can link failure to file an income tax return to extravagant spending or massive unreported wealth.  The relevance of this evidence is to create 'the inference that the defendant does not possess a legitimate source of income to support his affluent lifestyle and, therefore, the income must originate from narcotics operations.' . . . . . . . 'evidence of wealth may be admissible to establish that a person engaged in a cash-intensive criminal enterprise, even if there is another explanation for the extra money.' . . . In tax evasion cases, the government is often permitted to introduce evidence of purchases, expenditures, and cash on hand

under a 'net worth theory' in order to prove that the
defendant received unreported income.

United States v. Jackson-Randolph, 282 F.3d 369, 377 (6th Cir. 2002) (citations omitted). See also United States v. Napoli, 1999 U.S. App. LEXIS 8207 *9 (2d. Cir. 1999) ("It is well settled in this Circuit that unexplained wealth is relevant to create an inference of illicit gain."); States v. Mobley, 193 F.3d 492, 495-96 (7th Cir. 1999) (stating that evidence of gambling, fur coats, and other extravagant purchases was relevant to show that the defendants had a source of unlawful income).[3]

Finally, the existence of the detailed and comprehensive business plan, and the already printed business cards, as well as the testimony of the witnesses, shows that this was a real planned venture.

---

[3] In United States v. Penny, 60 F.3d 1257, 1263 (7th Cir. 1995), the Seventh Circuit stated:

> Evidence of unexplained wealth is probative and therefore admissible if it 'creates a reasonable inference of the defendant's involvement in the drug conspiracy or trafficking.' The prosecution may present the wealth evidence as long as other evidence, mainly that the wealth was not derived from legitimate sources, is presented to support the charge of narcotics distribution. This evidence, however, must relate to wealth acquired during the period in which the narcotics trafficking occurred.

**CONCLUSION**

For the foregoing reasons, the government requests that its motion *in limine* be allowed.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN

                                        United States Attorney

By:  /s PETER K. LEVITT
      PETER K. LEVITT
      Assistant U.S. Attorney
      JOHN P. MCADAMS
      Trial Attorney, DOJ
      One Courthouse Way
      Boston, MA 02210
      (617)748-3100

Dated: February 14, 2007

Sean Bucci
(978) 276-1861
(508) 801-7800

Giovanni Carter
(617) 869-3961
963-0627 (Aruba)

Layout/Format for Gentlemen's Club:

# *Heaven*
# A Gentlemen's Club

Heaven is an upscale gentlemen's club featuring 50 to 200 exotic dancers. These dancers will have one, two or three month contracts from around the world, including "meet and greet" by famous adult entertainers performing in an elegant atmosphere.

Our dancers will perform Las Vegas choreographed shows; ranging from elaborate costumes, topless and nude shows, and lap dances. We shall also offer shower shows, cage and pole dancing, along with private VIP shows.

This is a NO CONTACT club, meaning customers may NOT touch the dancers no matter what. If this does by any chance happen, the customer will be asked politely to stop with the possibility of being asked to leave by our security staff. Also, most importantly, there will be no tolerance for illegal activity of any kind.

Heaven will offer an occasional free buffet . There will always be a top shelf cash bar available-including champagne and fine wine.

Our target market will be wealthy men ages twenty and up, but the club will also welcome couples as well. There will be a cover charge and a dress code, and our security staff and management will be dressed in black suit attire.

The clubs ambience will include:



Government Exhibit 454

-Leather furniture
-VIP rooms
-Jacuzzi rooms/massage parlor
-glamorous art decorations

The club will also feature our own unique sign and entrance. Plus, promotional search lights. These lights will attract attention from all points of the island. The lights project rotating beams of light into the sky that can be seen for many miles, which will attract attention to not just the club, but the casino as well. As far as we know, there are no lights of this kind available in Aruba.  We are also looking to purchase 10 person limos to cater to our sophisticated clientele.

    The club hours of operation will most likely be 4 pm to 4 am, unless specified otherwise-for example, a demand to be opened earlier.
    In conclusion, this club and it's upscale clientele will have a positive affect on the casino and the restaurant, resulting in a profitable relationship between all three companies.


                      Sincerely,


                       Sean Bucci
                       Giovanni Carter

# HEAVEN
# A Gentlemen's Club

-- Heaven is a Upscale Gentlemen's Club featuring 50 to 200 exotic dancers with one two or three month contracts from around the world, including special meet and greet by famous adult entertainers. <u>performing</u> in a elegant atmosphere. Our dancers will perform Las Vegas and choreograph style shows ranging from elaborate costumes to topless and nude including pole, shower & cage dancing , private shows ,lap dances. We will also offer basic shoulder neck and upper back massages. This is a no contact club meaning customers may not touch the dancers. If this happens the customer will be asked politely to stop or leave by our security staff. Also most important <u>no illegal activity of any kind will be tolerated.</u> Heaven will offer an occasional catered free buffet. And a top shelf cash bar including champagne & fine wine. Our target market will be wealthy men twenty and up although the club will be couple friendly . There will be a cover charge and a dress code. Security staff and management will be dressed in black suits. The clubs ambience will include

-Leather furniture
-VIP rooms
-Jacuzzi rooms/massage parlor
-glamorous art decorations

The club will also feature our own unique sign and entrance. Plus, promotional search lights. These lights will attract attention from all points of the island. The lights project rotating beams of light into the sky that can be seen for many miles, which will attract attention to not just the club, but the casino as well. As far as we know, there are no lights of this kind available in Aruba.  We are also looking to purchase 10 person limos to cater to our sophisticated clientele.

     The club hours of operation will most likely be 4 pm to 4 am, unless specified otherwise-for example, a demand to be opened earlier.
     In conclusion, this club and it's upscale clientele will have a positive affect on the casino and the restaurant, resulting in a profitable relationship between all three companies.


                              Sincerely,


                              Sean Bucci
                              Giovanni Carter

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Sean Bucci
*Owner*

Aruba

978-276-1861  508-801-7800
djkidb@aol.com

---

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

**Heaven ( Elite Gentlemen's Club )**
*www.Heavengentlemensclub.com*
Giovanni Carter
*Owner*

Aruba

011-297-963-0627  617-869-3961
giocarter5@aol.com

LONG PERFORATION FOR EASY SEPARATION
FOLD BACK AND FORTH

GOVERNMENT EXHIBIT
45B
03-10220-MEL
PENGAD-Bayonne, N.J.