```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )    Cr. No. 03-10220 MEL
        v.                     )
                               )
1.  SEAN BUCCI,                )
and                            )
4.  CATHERINE BUCCI,           )
        Defendants.            )
```

GOVERNMENT'S RESPONSE TO DEFENDANT SEAN BUCCI'S MOTION FOR JURY INSTRUCTION TO AVOID PREJUDICIAL SPILLOVER OF EVIDENCE

The United States of America, by and through its undersigned attorneys, hereby responds to the defendant's motion for jury instruction to avoid prejudicial spillover of evidence. The government objects to the defendant's proposed instruction because it is confusing and it misstates both the charges in the indictment and the law. The government submits the following proposed instruction:

CONSIDER EACH COUNT SEPARATELY

Defendant Sean Bucci has been charged with several crimes. The number of charges is no evidence of guilt, and this should not influence your decision in any way. It is your duty to

separately consider the evidence that relates to each charge, and to return a separate verdict for each one. For each charge, you must decide whether the government has presented proof beyond a reasonable doubt that the defendant is guilty of that particular charge.  Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any of the other charges.

<u>Pattern Criminal Jury Instructions of the District Judges Association of the Sixth Circuit</u>, Instruction No. 2.01A (2005); <u>Federal Criminal Jury Instructions of the Seventh Circuit</u>, Instruction No. 7.03 (1999).

        Respectfully submitted,

        MICHAEL J. SULLIVAN,
        United States Attorney,

By: _s/John P. McAdams_____
    JOHN P. McADAMS
    Trial Attorney, DOJ
    PETER K. LEVITT
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA
    617-748-3100