UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES,                                )
                                              )
                                              )     03-10220-MEL
v.                                            )
                                              )
CATHERINE BUCCI , et. al.                     )
                                              )
        Defendant.                            )
_____)

DEFENDANT CATHERINE BUCCI'S
SUPPLEMENTAL JURY INSTRUCTIONS

NOMINEE TRUST

The state of Massachusetts has created a method of holding title to real estate known as a Massachusetts nominee trust. See Birnbaum, The Nominee Trust in Massachusetts Real Estate Practice, 60 Mass. L.Q. 364, 365 (1976). A nominee trust is not a normal trust, rather it is a unique instrument in Massachusetts law that is used to confidentially and conveniently hold title to property. Zoppo v. Zoppo, 453 F. Supp. 2d 232, 234 (D. Mass. 2006) See Robert. L Marzelli and Elizabeth L. Marzelli, Massachusetts Real Estate, § 7.2 (2d. ed. 2003). A nominee trust is often used to hold legal title to real estate so that the identity of the trust beneficiary may remain undisclosed. Morrison v. Lennett, 415 Mass. 857, 860 (1993). This is legal and common.

However, I instruct you that title to the 23 Marshall Street Property was not in a Massachusetts nominee trust, but in the names of William and Catherine Bucci individually.

STATUTE OF FRAUDS

Massachusetts courts have explicitly stated that "any promise involving real property is

enforceable only if that promise meets the requirements of the Statute of Frauds." Schwanbeck v. Federal-Mogul Corp., 412 Mass. 703, 709, 592 N.E.2d 1289 (1992). Among the requirements are proof of an agreement and "a memorandum in writing containing the terms of that [agreement] in so far as [a party] seeks to enforce them." Id. at 710. Massachusetts General Laws c. 259, section 1 provides, in pertinent part, that:

> No action shall be brought:
>
> > ...Upon a contract for the sale of lands, tenements or hereditaments or of any interest in or concerning them; ...
> >
> > Unless the promise, contract or agreement upon which such action is brought, or some memorandum or note thereof, is in writing and signed by the party to be charged therewith or by some person thereunto by him lawfully authorized.

See Hyland v. Hyland, 2006 Mass. Super. LEXIS 175.

## CONSIDER HER INDIVIDUALLY

I instruct you that you must consider the charges against each defendant separately. Even though one of the charges is conspiracy, you must consider the liability of each individual alone, and you can convict a person only if the government has proven the charge against them alone, beyond a reasonable doubt. It is your duty to separately consider the evidence for each charge. Furthermore, our constitution prohibits assessing guilt by association. The mere fact that the parties are related is of no significance in deciding the charges against them.

## COMMON SENSE

When you are evaluating the testimony you are allowed to utilize your "common sense."

<u>United States v. Kornegay</u>, 410 F.3d 89, 97 (1st Cir. 2005).

>Respectfully submitted:
>CATHERINE BUCCI
>By her attorneys
>
>/s/ Robert S. Sinsheimer
>Robert S. Sinsheimer, BBO No. 464940
>Denner Pellegrino, LLP
>Four Longfellow Place, 35th Floor
>Boston, MA 02114
>617-227-2800

Dated:   February 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants as of February 20, 2007.

>/s/ Robert S. Sinsheimer
>Robert S. Sinsheimer