UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )    Cr. No. 03-10220 MEL
              v.             )
                             )
1.  SEAN BUCCI,              )
4.  CATHERINE BUCCI,         )
       Defendants.           )

## **GOVERNMENT'S PROPOSED VERDICT FORM**

### **COUNT ONE**

A.  As to Count One of the Indictment, charging conspiracy to possess with intent to distribute marijuana, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 1, PROCEED TO ANSWER QUESTION B.  IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 1, PROCEED DIRECTLY TO COUNT 2)

B.  Having found Defendant Sean Bucci guilty as to Count One of the Indictment, we find that the overall conspiracy involved at least 1,000 kilograms of marijuana:

_____ Yes

_____ No

**COUNT TWO**

A.    As to Count Two of the Indictment, charging possession with intent to distribute marijuana on June 4, 2003, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 2, PROCEED TO ANSWER QUESTION B.  IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 2, PROCEED DIRECTLY TO COUNT 4)

B.    Having found Defendant Sean Bucci guilty as to Count Two of the Indictment, we find that, on June 4, 2003, Sean Bucci possessed with intent to distribute at least 100 kilograms of marijuana:

_____ Yes

_____ No

**COUNT FOUR**

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

ii

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Catherine Bucci:

_____ Guilty

_____ Not Guilty


**COUNT FIVE**

As to Count Five of the Indictment, charging money laundering on July 28, 2000, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty


**COUNT SIX**

As to Count Six of the Indictment, charging money laundering on July 22, 2002, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty


**COUNT SEVEN**

As to Count Seven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty


iii

### COUNT EIGHT

As to Count Eight of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

### COUNT NINE

As to Count Nine of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

### COUNT TEN

As to Count Ten of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

### COUNT ELEVEN

As to Count Eleven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

iv

**COUNT TWELVE**

As to Count Twelve of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT THIRTEEN**

As to Count Thirteen of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT FOURTEEN**

As to Count Fourteen of the Indictment, charging tax evasion for calendar year 1999, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT FIFTEEN**

As to Count Fifteen of the Indictment, charging tax evasion for calendar year 2000, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

## COUNT SIXTEEN

As to Count Sixteen of the Indictment, charging tax evasion for calendar year 2001, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

## COUNT SEVENTEEN

As to Count Seventeen of the Indictment, charging tax evasion for calendar year 2002, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

Respectfully submitted,

MICHAEL J. SULLIVAN,

UNITED STATES ATTORNEY,

By: /s PETER K. LEVITT
    PETER K. LEVITT
    Assistant U.S. Attorney
    JOHN P. MCADAMS
    Trial Attorney, DOJ
    One Courthouse Way
    Boston, MA 02210
    (617) 748-3100

FEBRUARY 20, 2007

vi