UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 03-10220 MEL |
| v. ) | |
| ) | |
| 1.  SEAN BUCCI, ) | |
| and ) | |
| 4.  CATHERINE BUCCI, ) | |
|     Defendants. ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT CATHERINE BUCCI'S
SUPPLEMENTAL JURY INSTRUCTIONS

The United States of America, by and through its undersigned attorneys, hereby opposes Defendant Catherine Bucci's requested supplemental jury instructions.  The government objects to the defendant's proposed instruction regarding a "nominee trust" because it is confusing and completely irrelevant to the charges in this case.  There is no allegation in the indictment that Catherine Bucci utilized a "Massachusetts nominee trust," legal or otherwise.  Indeed, the proposed instruction purports to define a trust authorized by Massachusetts law, then specifically instruct the jury that Catherine Bucci did not use such a trust.  Such an instruction can only confuse the jury.

There has also been no evidence regarding such trusts in the trial.  Lawyers' questions are not evidence.  Counsel for

Catherine Bucci asked questions regarding such trusts on cross examination of Special Agents Willoughby and Harriman. Both agents testified they did not know anything about such trusts beyond vague awareness that there are such things as "trusts" generally. The very assertion of "Massachusetts nominee trusts" by counsel is a red herring designed to confuse the jury.

The government also objects to the requested instruction on the Statute of Frauds. The proposed instruction is also irrelevant to the issues at trial and confusing to the jury. There is simply no reason to instruct the jury on the Statute of Frauds, other than to confuse them regarding complex issues of property law properly reserved for first year law students.

The government also objects to the proposed instruction to "Consider Her Individually." The proposed instruction is confusing and misleading. The government has previously submitted a proposed instruction on "Membership in the Conspiracy" which addresses the defendant's concern that each defendant be considered individually. The government's proposed instruction is drawn from Sand's Modern Federal Jury Instructions (1992) and appears at pages 47-50 of the government's proposed jury instructions.

The government does not oppose the requested instruction that jurors be permitted to use their "common sense."

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN,
                         United States Attorney,

                   By:  _s/John P. McAdams_____
                         JOHN P. McADAMS
                         Trial Attorney, DOJ
                         PETER K. LEVITT
                         Assistant U.S. Attorney
                         One Courthouse Way
                         Boston, MA
                         617-748-3100
```

February 20, 2007