```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,    )
                             )     Cr. No. 03-10220 MEL
        v.                   )
                             )
1.  SEAN BUCCI,              )
4.  CATHERINE BUCCI,         )
        Defendants.          )

## GOVERNMENT'S REVISED PROPOSED VERDICT FORM

**COUNT ONE**

A. As to Count One of the Indictment, charging conspiracy to possess with intent to distribute marijuana, we find Defendant Sean Bucci:

_____  Guilty

_____  Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 1, PROCEED TO ANSWER QUESTION B. IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 1, PROCEED DIRECTLY TO COUNT 2.)

B. Having found Defendant Sean Bucci guilty as to Count One of the Indictment, we find that the overall conspiracy involved at least 1,000 kilograms of marijuana:

_____  Yes

_____  No

(IF YOU ANSWERED "NO" ON QUESTION B, PROCEED TO ANSWER QUESTION C. IF YOU ANSWERED "YES" ON QUESTION B, PROCEED DIRECTLY TO COUNT 2.)

C. Having found Defendant Sean Bucci guilty as to Count One of the Indictment, we find that the overall conspiracy involved at least 100 kilograms of marijuana:

_____    Yes

_____    No

**COUNT TWO**

A.   As to Count Two of the Indictment, charging possession with intent to distribute marijuana on June 4, 2003, we find Defendant Sean Bucci:

_____    Guilty

_____    Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 2, PROCEED TO ANSWER QUESTION B.  IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 2, PROCEED DIRECTLY TO COUNT 4)

B.   Having found Defendant Sean Bucci guilty as to Count Two of the Indictment, we find that, on June 4, 2003, Sean Bucci possessed with intent to distribute at least 100 kilograms of marijuana:

_____    Yes

_____    No

**COUNT FOUR**

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Catherine Bucci:

_____ Guilty

_____ Not Guilty

**COUNT FIVE**

As to Count Five of the Indictment, charging money laundering on July 28, 2000, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT SIX**

As to Count Six of the Indictment, charging money laundering on July 22, 2002, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

iii

**COUNT SEVEN**

As to Count Seven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT EIGHT**

As to Count Eight of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT NINE**

As to Count Nine of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT TEN**

As to Count Ten of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT ELEVEN**

As to Count Eleven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT TWELVE**

As to Count Twelve of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT THIRTEEN**

As to Count Thirteen of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT FOURTEEN**

As to Count Fourteen of the Indictment, charging tax evasion for calendar year 1999, we find Defendant Sean Bucci:

_____ Guilty

_____ Not Guilty

**COUNT FIFTEEN**

As to Count Fifteen of the Indictment, charging tax evasion for calendar year 2000, we find Defendant Sean Bucci:

                                             _____ Guilty

                                             _____ Not Guilty

**COUNT SIXTEEN**

As to Count Sixteen of the Indictment, charging tax evasion for calendar year 2001, we find Defendant Sean Bucci:

                                             _____ Guilty

                                             _____ Not Guilty

**COUNT SEVENTEEN**

As to Count Seventeen of the Indictment, charging tax evasion for calendar year 2002, we find Defendant Sean Bucci:

                                             _____ Guilty

                                             _____ Not Guilty

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,

                              UNITED STATES ATTORNEY,


                         By:  /s PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              JOHN P. MCADAMS
                              Trial Attorney, DOJ
                              One Courthouse Way
                              Boston, MA 02210
                              (617) 748-3100
```

FEBRUARY 22, 2007