FILED
In Open Court
USDC, Mass.
Date 2/23/07
By ____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | Case No: 03-CR-10020-MEL |
| ) | |
| v. ) | |
| ) | |
| CATHERINE BUCCI ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL

Pursuant to Fed R. Crim P. 29, the defendant Catherine Bucci respectfully requests that this Court order judgment of acquittal in her favor on Count IV of the indictment charging her with conspiracy to launder money. In support the defendant states that the evidence presented to the jury is insufficient to prove beyond a reasonable doubt all of the elements of the specific crime charged against her.

RESPECTFULLY SUBMITTED

CATHERINE BUCCI

by his attorneys:

Robert S. Sinsheimer, Esq.
DENNER PELLEGRINO, LLP
4 Longfellow Pl. Suite 3501-06
Boston, Mass. 02114
(617) 722-9954
BBO # 464940