UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,            )
                                     )
           v.                        )   03-CR-10220-MEL
                                     )
1. SEAN BUCCI,                       )
4. CATHERINE BUCCI,                  )
     Defendants.                     )

---

**COUNT ONE**

A.  As to Count One of the Indictment, charging conspiracy to possess with intent to distribute marijuana, we find Defendant Sean Bucci:

           __X__   Guilty

           _____   Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 1, PROCEED TO ANSWER QUESTION B. IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 1, PROCEED DIRECTLY TO COUNT 2.)

B.  Having found Defendant Sean Bucci guilty as to Count One of the Indictment, we find that the overall conspiracy involved at least 1,000 kilograms of marijuana:

           __X__   Yes

           _____   No

(IF YOU ANSWERED "NO" ON QUESTION B, PROCEED TO ANSWER QUESTION C. IF YOU ANSWERED "YES" ON QUESTION B, PROCEED

DIRECTLY TO COUNT 2.)

C.   Having found Defendant Sean Bucci guilty as to Count One of the Indictment, we find that the overall conspiracy involved at least 100 kilograms of marijuana:

_____ Yes

_____ No

**COUNT TWO**

A.   As to Count Two of the Indictment, charging possession with intent to distribute marijuana on June 4, 2003, we find Defendant Sean Bucci:

\_\_\_\_X\_\_\_\_ Guilty

_____ Not Guilty

(IF YOU FIND THE DEFENDANT GUILTY ON COUNT 2, PROCEED TO ANSWER QUESTION B. IF YOU FIND THE DEFENDANT NOT GUILTY ON COUNT 2, PROCEED DIRECTLY TO COUNT 4)

B. Having found Defendant Sean Bucci guilty as to Count Two of the Indictment, we find that, on June 4, 2003, Sean Bucci possessed with intent to distribute at least 100 kilograms of marijuana:

\_\_\_\_X\_\_\_\_ Yes

_____ No

**COUNT FOUR**

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Sean Bucci:

_____X_____ Guilty

_____ Not Guilty

As to Count Four of the Indictment, charging conspiracy to commit money laundering, we find Defendant Catherine Bucci:

_____ Guilty

_____X_____ Not Guilty

**COUNT FIVE**

As to Count Five of the Indictment, charging money laundering on July 28, 2000, we find Defendant Sean Bucci:

_____X_____ Guilty

_____ Not Guilty

**COUNT SIX**

As to Count Six of the Indictment, charging money laundering on July 22, 2002, we find Defendant Sean Bucci:

      __X__ Guilty

      _____ Not Guilty

**COUNT SEVEN**

As to Count Seven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

      __X__ Guilty

      _____ Not Guilty

**COUNT EIGHT**

As to Count Eight of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

      __X__ Guilty

      _____ Not Guilty

**COUNT NINE**

As to Count Nine of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

                    ___X___ Guilty

                    _____ Not Guilty

**COUNT TEN**

As to Count Ten of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

                    ___X___ Guilty

                    _____ Not Guilty

**COUNT ELEVEN**

As to Count Eleven of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

                    ___X___ Guilty

                    _____ Not Guilty

**COUNT TWELVE**

As to Count Twelve of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

~~~~X~~~~ Guilty

_____ Not Guilty

**COUNT THIRTEEN**

As to Count Thirteen of the Indictment, charging structuring currency transactions, we find Defendant Sean Bucci:

~~~~X~~~~ Guilty

_____ Not Guilty

**COUNT FOURTEEN**

As to Count Fourteen of the Indictment, charging tax evasion for calendar year 1999, we find Defendant Sean Bucci:

~~~~X~~~~ Guilty

_____ Not Guilty

**COUNT FIFTEEN**

As to Count Fifteen of the Indictment, charging tax evasion for calendar year 2000, we find Defendant Sean Bucci:

\_\_\_\_X\_\_\_\_ Guilty

_____ Not Guilty

**COUNT SIXTEEN**

As to Count Sixteen of the Indictment, charging tax evasion for calendar year 2001, we find Defendant Sean Bucci:

\_\_\_\_X\_\_\_\_ Guilty

_____ Not Guilty

**COUNT SEVENTEEN**

As to Count Seventeen of the Indictment, charging tax evasion for calendar year 2002, we find Defendant Sean Bucci:

\_\_\_\_X\_\_\_\_ Guilty

_____ Not Guilty