UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | Case No: 03-10220-MEL |
| ) | |
| v. ) | |
| ) | |
| CATHERINE BUCCI ) | |

### DEFENDANT CATHERINE BUCCI'S
### MOTION FOR RETURN OF SEIZED FUNDS

The defendant Catherine Bucci respectfully requests that the court order the immediate return of the sum of $12,187.40, seized on or about June 6, 2003 from her bank accounts. In support Ms. Bucci states:

1. The monies were seized from the Salem Five Cents Savings Bank account;

2. The monies had been recently deposited and were for the most part the proceeds of tax refunds paid to William and Catherine Bucci, per appended exhibits.

3. The government made no attempt to forfeit these funds at trial, and acknowledged to the undersigned (as I understand it) that it was holding the funds solely on the grounds that they might arguably be "substituted assets;"

4. As Ms. Bucci has been acquitted of all charges against her, there is absolutely no basis to hold these funds as substituted security.

WHEREFORE:

Ms. Bucci requests that the court order the immediate return of her funds in the amount of $12,187.40, plus market interest.

>Respectfully submitted:
>CATHERINE BUCCI,
>By her attorney,
>
>/s/ Robert S. Sinsheimer
>Robert S. Sinsheimer, BBO No. 464940
>Denner Pellegrino, LLP
>Four Longfellow Place, 35th Floor
>Boston, MA 02114
>617-227-2800

Dated:   March 1, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants as of March 1, 2007.

>/s/ Robert S. Sinsheimer
>Robert S. Sinsheimer










