UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CATHERINE BUCCI
DEFENDANT

CRIMINAL ACTION
NO. 03-10220-004-MEL

## JUDGMENT OF ACQUITTAL

The Defendant having been found not guilty at trial by jury, the Court orders entry of judgment of acquittal. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
The Honorable MORRIS E. LASKER
Judge, United States District Court

2/28/07
_____
Date