UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    v.    )<br>    )<br>1.  SEAN BUCCI,    )<br>3.  DARREN MARTIN, and    )<br>    Defendants.    ) | Cr. No. 03-10220 MEL |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**TO SUBMIT STATEMENT OF FACTS**

The government hereby moves for an extension of time until March 23, 2007, to submit the government's statement of facts to the United States Probation Office for Sean Bucci and Darren Martin. In support of this motion, the undersigned states that he has discussed this motion with the United States Probation Office which does not object to the extension of time.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: /s PETER K. LEVITT (by PKL)
PETER K. LEVITT
Assistant U.S. Attorney
JOHN P. MCADAMS
Trial Attorney, DOJ
One Courthouse Way
Boston, MA 02210
(617)748-3100

Dated: March 6, 2007