```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )
          v.                  )    Criminal No. 03-10220-MEL
                              )
SEAN BUCCI,                   )
CATHERINE BUCCI,              )
          Defendants.         )
```

**UNITED STATES' RESPONSE TO DEFENDANT
<u>CATHERINE BUCCI'S MOTION FOR RETURN OF SEIZED FUNDS</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully submits this response to Defendant Catherine Bucci's Motion for Return of Seized Funds. Defendant Catherine Bucci has moved for the return of $12,187.40 seized on June 6, 2003 from a Salem Five Cents Savings Bank account held in her name (the "Currency"), plus "market interest". The United States does not object to the return of the Currency, but notes that Defendant Catherine Bucci is only entitled to return of the amount of interest actually accrued on the Currency while it was in the custody of the United States.

WHEREFORE, the United States respectfully requests that this Court order **return of the Currency, plus all interest accrued thereon while in the custody of the United States.**

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney,

                                        /s/ Kristina E. Barclay
                                        PETER LEVITT
                                        KRISTINA E. BARCLAY
                                        Assistant U.S. Attorneys
                                        United States Courthouse
                                        Suite 9200
                                        1 Courthouse Way
                                        Boston, MA 02210
Date: March 22, 2007             (617) 748-3100

### CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kristina E. Barclay
                                        Kristina E. Barclay
                                        Assistant U.S. Attorney

Dated: March 22, 2007