UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

V.                                    Criminal No. 03-10220-MEL

SEAN BUCCI,
CATHERINE BUCCI,
        Defendants.

ORDER

May 22, 2007

LASKER, D.J.

The defendant, Catherine Bucci, having moved for return of seized funds in the amount of $12,187.40 seized on June 6, 2003 from a Salem Five Cents Savings Bank account held in her name, and the United States having filed an answer stating that it does not object to the return of the currency, it is hereby ORDERED:

That the United States return the sum of $12,187.40 to Catherine Bucci with interest accrued for the period in which it was in the custody of the United States.

Morris E. Lasker
United States District Judge