UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,  )
                           )
vs.                        )
                           )              CR No. 03-10220-MEL
CATHERINE BUCCI.           )
_____)

<u>MEMORANDUM IN SUPPORT OF FEE APPLICATION</u>

This memorandum supports the proposition that the above-captioned case was complex, as defined by Paragraph 2.22B(3) of the CJA guidelines.

At the risk of putting the cart before the horse, it should be clear that the time records submitted are accurate. The undersigned affirms that each minute spent was truly spent, and that each was necessary to effect appropriate and constitutional representation. Our office utilizes "Timeslips" billing software. The time was recorded contemporaneously. There was a full trial in this case in February 2007. Indeed far more time was spent on this case than was actually invoiced.

The file was huge and fills several boxes. The undersigned employed a law student full-time to help organize the files. The case against Ms. Bucci focused almost exclusively upon a number of documented transactions.

Ms. Catherine Bucci, was indicted on August 11, 2005 and charged with conspiracy to launder money. It is alleged that Ms. Bucci conspired with her adult son, Sean Bucci, to launder his money that he obtained by distributing marijuana.

The essential elements of a money laundering violation are proof that the defendant conducted a financial transaction involving the proceeds of unlawful activity with knowledge

that the funds were proceeds of an unlawful activity and with the intent 'to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity.'" (quoting 18 U.S.C. § 1956(a)(1)(B)(i)); cf. <u>United States v. Dugan</u>, 238 F.3d 1041, 1043-44 (8th Cir. 2001) (finding evidence was sufficient to establish conspiracy to commit money laundering where defendant knowingly concealed proceeds of drug activities.)  In this case, the only specified illegal activity was Sean Bucci's, alleged drug trafficking.

Thus it became necessary to try the case, and distinguish Ms. Bucci's financial activities from the drug transactions allegedly engaged in by her own son. (Mr. Bucci was convicted.)

Ms. Bucci was acquitted after twelve days of trial.

Respectfully Submitted,
CATHERINE BUCCI,
By her attorney,

_____
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-722-9954

Dated: June 7, 2007

CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MAX | Bucci, Catherine | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:03-010220-004 | | |

| 7. IN CASE/MATTER OF   (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Bucci | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1956-9999. F -- MONEY LAUNDERING - FEDERAL STATUTES, OTHER

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Sinsheimer, Robert S. <br> Sinsheimer and Assoc. <br> 4 Longfellow Place <br> Suite 3501-06 <br> Boston MA 02114 <br><br> Telephone Number: (617) 722-9954 | ☒ O Appointing Counsel   ☐ C Co-Counsel <br> ☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney <br> ☐ P Subs For Panel Attorney   ☐ Y Standby Counsel <br><br> Prior Attorney's Name: _____ <br>    Appointment Date: _____ <br> ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or <br> ☐ Other (See Instructions) |
| **14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions) | Signature of Presiding Judicial Officer or By Order of the Court <br>     08/09/2005 <br> Date of Order        Nunc Pro Tunc Date <br> Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☒ NO |

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $     )   **TOTALS:** | | 8,458.20 | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| (Rate per hour = $     )   **TOTALS:** | | 12,785.00 | | | |
| **17.** Travel Expenses (lodging, parking, meals, mileage, etc.) | | 608.73 | | | |
| **18.** Other Expenses (other than expert, transcripts, etc.) | | 5,700.21 | | | |
| | | 27,552.14 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM   8/9/05   TO   Present | | | |

**22. CLAIM STATUS**   ☐ Final Payment   ☒ Interim Payment Number 1   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☒ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____     Date: 6/7/07

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Summary of Claims for Payments Under the Criminal Justice Act with Multiple Rates for In and Out of Court Time

Case:    United States v.    Catherine Bucci    Criminal No. 2003-10220    Other Case No.

The rates for work performed by CJA attorneys has been increased to $92.00 per hour for in and out of court work effective for all work performed on or after January 1, 2006.

When the period of service for the attorney requesting payment includes work performed over more than one of the four different time periods indicated below, different rates apply. The claim for payment must include this summary sheet which breaks down the totals in the various categories of work for each of the time periods. The grand totals for all in and out of court time, as well as any claim for travel or other expenses, shall be included on the face page of the original voucher form with this summary sheet attached.

| Applicable Rates for In and out of court work performed during specified time periods | 1/1/00 to 3/31/01 $70/$50 | | 4/1/01 to 4/30/02 $75/$55 | | 5/1/02 to 12/31/05 $90 for In and out of court | | On or after 1/1/06 $92 for In and out of court | | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | |
| **15. In Court** | | | | | | | | | |
| a. Arraignment and/or Plea | | | | | 3.0 | | | | |
| b. Bail and Detention Hearings | | | | | | | | | |
| c. Motion Hearings | | | | | 4.5 | | 14.9 | | |
| d. Trial | | | | | | | 69.7 | | |
| e. Sentencing Hearings | | | | | | | | | |
| f. Revocation Hearings | | | | | | | | | |
| g. Appeals Court | | | | | | | | | |
| h. Other (Specify on additional sheets) | | | | | | | | | |
| (RATE PER HOUR = $ ) | 0.0 | $0.00 | 0.0 | $0.00 | 7.5 | $675.00 | 84.6 | $7,783.20 | $8,458.20 |
| **16. Out of Court** | | | | | | | | | |
| a. Interviews and Conferences | | | | | 13.7 | | 22.4 | | |
| b. Obtaining and reviewing records | | | | | 9.7 | | 70.5 | | |
| c. Legal research and brief writing | | | | | 5.7 | | 17.6 | | |
| d. Travel time | | | | | | | | | |
| e. Investigative and other work | | | | | | | | | |
| (RATE PER HOUR = $ ) | 0.0 | $0.00 | 0.0 | $0.00 | 29.1 | $2,619.00 | 110.5 | $10,166.00 | $12,785.00 |
| **17.** Travel Expenses | | | | | | $34.45 | | $574.28 | $608.73 |
| **18.** Other Expenses | | | | | | $178.94 | | $5,521.27 | $5,700.21 |
| **GRAND TOTALS** | | $0.00 | | $0.00 | | $3,507.39 | | $24,044.75 | $27,552.14 |

(CJA Claim Summary2006.wpd)

June 7, 2007

RE:    United States v. Catherine Bucci
       Criminal No.: 2003-10220

ITEMIZATION OF HOURS FOR ATTORNEY CAROLE G. RAPOPORT

IN-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 09/21/2005 | Status conference. | 1.5 |
| | **Total In-Court Hours:** | **1.5** |

OUT-OF-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 09/20/2005 | Conference with L. Malouf and R. Sinsheimer regarding hearing. | 0.3 |
| 09/21/2005 | Copy documents. | 0.4 |
| | Telephone call from L. Malouf. | 0.2 |
| | Telephone call from defendants counsel regarding withdrawal. | 0.2 |
| | **Total Out-of-Court Hours:** | **1.1** |

1

June 7, 2007

RE:   United States v. Catherine Bucci
      Criminal No.: 2003-10220

## ITEMIZATION OF EXPENSES

| Date | Explanation | | Amount |
|------|-------------|---|--------|
| 08/11/2005 | Photocopy expense. | $ | 5.20 |
| 08/15/2005 | Postage expense. | $ | 0.37 |
| 08/22/2005 | Postage expense. | $ | 0.37 |
| 08/29/2005 | Postage expense. | $ | 0.37 |
| 09/12/2005 | Postage expense. | $ | 0.60 |
| 09/16/2005 | Postage expense. | $ | 0.60 |
| 10/13/2005 | Postage expense. | $ | 0.60 |
| 01/09/2006 | Suffolk Law Library. | $ | 42.75 |
| 02/07/2006 | Medical record associates. | $ | 62.05 |
| 02/15/2006 | Bactes imaging solutions. | $ | 26.93 |
| 03/10/2006 | Medical records associates. | $ | 27.02 |
| 04/12/2006 | Medical records associates. | $ | 230.58 |
| | Bactes imaging solutions. | $ | 201.35 |
| 07/06/2006 | Pacer. | $ | 22.64 |
| 09/11/2006 | Federal express. | $ | 15.57 |
| 01/08/2007 | Pacer. | $ | 52.72 |
| 01/09/2007 | Photocopies. | $ | 3.75 |
| 01/23/2007 | Certified photocopies. | $ | 81.00 |

1

ITEMIZATION OF EXPENSES (cont'd)

| Date | Explanation | Amount | |
|------|-------------|--------|------|
| | Subtotal from Page 1. | $ | 780.41 |
| 02/08/2007 | Photocopies. | $ | 7.00 |
| 02/13/2007 | Kinko's | $ | 15.89 |
| 02/19/2007 | Federal express. | $ | 63.51 |
| 02/21/2007 | Package King. | $ | 27.00 |
| | **Total Expenses:** | $ | **893.81** |

2

June 7, 2007

RE:   United States v. Catherine Bucci
      Criminal No.: 2003-10220

## ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA

| Date | Explanation | Hours |
|------|-------------|-------|
| 12/20/2005 | Research rights of termination policeman suspected of habitual intoxication. | 4.0 |
| | Review indictment, entire file. | 3.5 |
| 12/29/2005 | Start document review in office. | 2.7 |
| 12/30/2005 | Set up for document review. | 0.5 |
| 01/03/2006 | Review documents. | 8.7 |
| 01/04/2006 | Review documents. | 4.0 |
| | Conference with Laura and Rob. | 0.5 |
| 01/05/2006 | Review documents. | 3.7 |
| 01/06/2006 | Review documents. | 5.0 |
| | Draft letter to AUSA. | 0.5 |
| | Obtain transcript. | .7 |
| 01/07/2006 | Research money laundering elements. | .7 |
| 01/10/2006 | Continue researching money laundering elements. | 7.0 |
| 01/11/2006 | Memorandum regarding research on money laundering. | 4.0 |
| 01/12/2006 | Finish memorandum and e-mail to Rob. | 2.0 |
| 01/13/2006 | Meeting with Rob. | 1.0 |
| | Letter to duplicating center regarding documents. | .7 |
| 01/18/2006 | Draft motion to dismiss. | 4.0 |
| | Research. | 3.5 |

1

ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 1. | 56.7 |
| 01/23/2006 | Review documents. | 5.2 |
| 01/25/2006 | Edit motion. | 1.0 |
| 01/26/2006 | Edit motion. | 7.0 |
| 01/29/2006 | Finish draft of motion. | 2.0 |
| 01/30/2006 | Document review box number 2. | 4.0 |
| 01/31/2006 | Meeting with CB. | 1.0 |
| | Research. | 4.0 |
| 02/08/2006 | Edit letter to AUSA and motion to dismiss. | 1.0 |
| 02/10/2006 | Draft motion for funds for forensic accountant. | 1.5 |
| | Edit letter to AUSA. | 1.5 |
| | Letters to all medical providers. | 2.0 |
| | Conference with CB. | .2 |
| 02/22/2006 | Prepare letters to medical providers. | 4.0 |
| 03/03/2006 | Research emotional distress. | 2.0 |
| 03/15/2006 | Draft motion for bill of particulars and motion for exculpatory evidence. | 2.0 |
| 03/18/2006 | Edit motion for exculpatory evidence and bill of particulars. | 2.5 |
| | Draft motion for production. | 2.5 |
| 04/05/2006 | Meeting with Rob. | 0.8 |
| | Review file. | 1.8 |
| 05/10/2006 | Meeting with Rob. | 1.0 |

## ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 2. | 103.7 |
| 05/17/2006 | Research trust. | 4.5 |
| | Memorandum to Rob. | 0.5 |
| 05/18/2006 | Review file. | 1.5 |
| 05/23/2006 | Memorandum to Rob. | 4.5 |
| 08/07/2006 | Review file. | 4.0 |
| | Letter to Attorney Sinnis. | 0.5 |
| | Draft motion for early disclosure. | 1.0 |
| 08/08/2006 | Draft motion for early disclosure. | 6.0 |
| | Meeting with Rob. | 1.0 |
| | Research. | 2.0 |
| 08/16/2006 | Edit motions. | 3.0 |
| | Meeting with Rob. | 1.0 |
| 08/17/2006 | Draft motion to dismiss on prosecutorial vindictiveness. | 2.0 |
| | Research. | 2.0 |
| 08/18/2006 | Edit motion to dismiss on prosecutorial vindictiveness. | 3.0 |
| 08/21/2006 | Draft memorandum in support of motion to dismiss on prosecutorial vindictiveness. | 5.0 |
| 08/22/2006 | Edit memo and motion. | 1.0 |
| 09/12/2006 | Meeting with Rob. | 1.0 |
| | Reply to opposing motions. | 1.0 |
| 09/13/2006 | Retrieve and review opposing motions. | 1.5 |
| | Meeting with client. | 2.5 |
| 09/15/2006 | Telephone call to Salem News regarding article. | 0.8 |

3

## ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 3. | 153.0 |
| 09/16/2006 | Online search of Sean Bucci. | 0.8 |
| 10/03/2006 | Prepare witness files for trial.<br>Meeting with Rob. | 1.0<br>2.5 |
| 10/06/2006 | Review mail from CB, safe deposit information. | 1.0 |
| 10/16/2006 | Telephone call to client. | 0.3 |
| 10/18/2006 | Research on-line. | 2.5 |
| 12/26/2006 | Review documents filed with court. | 0.5 |
| 01/03/2007 | Review file. | 0.2 |
| 01/04/2007 | Review entire file. | 0.5 |
| 01/08/2007 | Review file.<br>Meeting with client.<br>Make photocopies. | 1.5<br>2.5<br>1.0 |
| 01/09/2007 | Travel to Essex Court. | 1.8 |
| 01/16/2007 | Meeting with clients.<br>Review new discovery from government. | 2.0<br>3.0 |
| 01/17/2007 | Review new discovery. | 5.8 |
| 01/18/2007 | Review new discovery. | 5.3 |
| 01/22/2007 | Review cases on-line. | 7.0 |
| 01/23/2007 | Review witness files.<br>Travel to Essex Court. | 5.8<br>1.5 |

4

ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 4. | 199.5 |
| 01/24/2007 | Trial prep. | 2.8 |
| 01/24/2007 | Go to Court for pre-trial hearing. | 1.5 |
| 01/25/2007 | Trial prep. | 4.0 |
| 01/26/2007 | Trial prep. | 5.0 |
| 01/29/2007 | Go to Court to get file.<br>Trial prep. | 1.0<br>4.0 |
| 01/30/2007 | Pre-trial motion hearing.<br>Trial prep. | 2.0<br>5.5 |
| 01/31/2007 | Trial prep. | 6.0 |
| 02/01/2007 | Trial prep. | 7.0 |
| 02/02/2007 | Trial prep. | 7.0 |
| 02/06/2007 | Meeting with clients. | 3.3 |
| 02/07/07 | Draft letter to client. | 0.5 |
| 02/08/2007 | Trial prep. | 6.0 |
| 02/09/2007 | Trial prep. | 7.5 |
| 02/10/07 | Trial prep. | 1.0 |
| 02/12/2007 | Trial day one. | 10.3 |
| 02/13/2007 | Trial day two. | 7.0 |
| 02/15/2007 | Trial day three. | 10.0 |

ITEMIZATION OF OTHER EXPENSES FOR PARALEGAL NICOLE BONASERA (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
|  | Subtotal brought forward from Page 5. | 290.9 |
| 02/16/2007 | Trial day four. | 7.5 |
| 02/19/2007 | Trial prep. | 0.5 |
| 02/20/2007 | Trial prep. | 1.5 |
|  | **Total Time Other Expenses:** | **300.4** |
|  | **Total Paid at $16.00 per hour:** | **$4,806.40** |

6

June 7, 2007

RE:    United States v. Catherine Bucci
       Criminal No.: 2003-10220

ITEMIZATION OF HOURS FOR ATTORNEY LAURA P. MALOUF

IN-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 10/12/2005 | Status conference. | 0.5 |
| | **Total In-Court Hours:** | **0.5** |

OUT-OF-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 08/11/2005 | Review indictment. | 0.4 |
| 08/12/2005 | Meeting with Mrs. Bucci and R. Sinsheimer. | 2.5 |
| 08/26/2005 | Telephone conference with defendant. | 0.2 |
| | 3 Telephone conferences with Atty. Majchazak. | 0.2 |
| 09/09/2005 | Review AUSA letter. | 0.3 |
| 09/13/2005 | Telephone call to set up meeting. | 0.1 |
| 09/16/2005 | Telephone conference with client. | 0.2 |
| | Telephone conference with court. | 0.2 |
| | On-line research. | 0.3 |
| 09/24/2005 | Review documents. | 3.0 |
| 09/27/2005 | Telephone conference with opposing counsel. | 0.4 |
| | Memo to R. Sinsheimer. | 0.1 |
| 10/04/2005 | Telephone conference with client. | 0.2 |

1

ITEMIZATION OF HOURS FOR ATTORNEY LAURA P. MALOUF (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
|  | Subtotal brought forward from Page 1. | 8.1 |
| 10/11/2005 | Telephone conference with opposing counsel. | 0.1 |
|  | Voice-mail to docket clerk. | 0.1 |
|  | Voice-mail from court clerk. | 0.1 |
|  | Telephone conference with client. | 0.1 |
|  | Rule 16 letter to AUSA. | 3.0 |
| 10/12/2005 | 2 Telephone conferences with AUSA. | 0.5 |
| 11/02/2005 | Re-draft Rule 16 letter. | 0.5 |
| 12/13/2005 | Voice-mail to Peter Levitt. | 0.1 |
|  | Telephone conference with client. | 0.1 |
| 12/19/2005 | 2 Telephone conferences regarding money. | 0.2 |
| 01/11/2006 | Memorandum to R. Sinsheimer. | 0.1 |
| 01/19/2006 | Memorandum to file. | 0.1 |
| 01/23/2006 | Internet search. | 0.2 |
|  | Telephone conference with client. | 0.2 |
|  | Complete HIPAA's. | 0.1 |
| 01/24/2007 | Telephone conference with client. | 0.1 |
|  | Memorandum. | 0.1 |
| 02/11/2006 | 2 Emails. | 0.2 |
| 02/14/2006 | Telephone conference with client. | 0.1 |
|  | Modify and draft letter for medical records. | 0.6 |
|  | Search for addresses. | 0.3 |
| 02/22/2006 | Email. | 0.2 |
| 03/10/2006 | Email. | 0.1 |
| 03/22/2006 | Email. | 0.2 |

ITEMIZATION OF HOURS FOR ATTORNEY LAURA P. MALOUF (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 2. | 15.5 |
| 03/31/2006 | Voicemail from Lahey regarding mother. | 0.1 |
| 04/03/2006 | Voicemail for and telephone conference with medical records department. | 0.3 |
| 05/23/2006 | Telephone conference regarding status conference. | 0.1 |
| 08/09/2006 | Review documents. | 0.5 |
| 09/09/2006 | Email memo to R. Sinsheimer. Telephone conference with client. | 0.2 0.4 |
| 09/19/2006 | Emails. | 0.1 |
| 02/20/2007 | Review school and medical records. Draft certificate and fax to school. Receive and review documents. | 0.2 0.2 0.6 |
| | **Total Out-of-Court Hours:** | **18.2** |

3

June 7, 2007

RE:    United States v. Catherine Bucci
       Criminal No.: 2003-10220

ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER

IN-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 08/29/2005 | Court. | 3.0 |
| 11/15/2005 | Court. | 1.5 |
| 12/14/2005 | Court. | 1.0 |
| 02/02/2006 | Go to Court. | 2.0 |
| 03/20/2006 | Go to Court. | 2.0 |
| 07/13/2006 | Go to Court for status. | 1.5 |
| 10/25/2006 | Go to Court. | 2.0 |
| 01/24/2007 | Go to Court for hearing. | 3.7 |
| 01/30/2007 | Go to Court. | 2.5 |
| 02/12/2007 | Go to Court to pick jury. | 4.5 |
| 02/13/2007 | Opening statements. First witness. Court all day. | 11.0 |
| 02/15/2007 | Trial. | 11.0 |
| 02/16/07 | Trial. | 5.7 |
| 02/21/2007 | Trial. | 8.0 |
| 02/22/2007 | Trial. | 8.0 |
| 02/23/2007 | Trial. | 5.0 |

1

<u>ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER (Cont'd)</u>

| <u>Date</u> | <u>Explanation</u> | <u>Hours</u> |
|---|---|---|
| | Subtotal brought forward from Page 1. | 123.7 |
| 02/26/2007 | Trial. | 8.0 |
| 02/27/2007 | Trial.  Verdict. | 6.5 |
| | **Total In-Court Hours:** | **138.2** |

<u>OUT-OF-COURT HOURS:</u>

| <u>Date</u> | <u>Explanation</u> | <u>Hours</u> |
|---|---|---|
| 08/09/2005 | Meet new client.<br>Review file. | 2.5<br>3.0 |
| 08/11/2005 | Review indictment. | 1.5 |
| 8/12/2005 | Meeting with client.<br>Research. | 1.0<br>2.1 |
| 08/18/2005 | Conference with Attorney Majchruk. | 0.2 |
| 08/19/2005 | Conference with Goldstein.<br>Conference with client. | 0.2<br>0.2 |
| 08/29/2005 | Meeting with client. | 0.5 |
| 09/10/2005 | Read letter for court. | 0.3 |
| 09/12/2005 | Conference with Laura. | 0.1 |
| 09/13/2005 | Conference with opposing counsel. | 0.3 |
| 09/20/2005 | Conference with AUSA. | 0.2 |
| 11/14/2005 | Review file. | 0.5 |
| 11/15/2005 | Conference with client. | 0.2 |

ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 2. | 12.8 |
| 11/21/2005 | Telephone conference with client. | 0.4 |
| 12/14/2005 | Two conferences with client.<br>Conference with AUSA. | 1.0<br>0.5 |
| 12/15/2005 | Conference with client. | 0.1 |
| 12/21/2005 | Review file.<br>Meeting with Nicole. | 0.3<br>0.3 |
| 01/03/2006 | Conference with Nicole. | 0.5 |
| 01/04/2006 | Meeting with Nicole. | 1.5 |
| 01/05/2006 | Meeting with Nicole regarding research. | 1.0 |
| 01/13/2006 | Read cases on money laundering.<br>Meeting with Nicole. | 1.0<br>1.1 |
| 01/17/2006 | Conference with client.<br>Email to Nicole regarding conference with client. | 0.3<br>0.1 |
| 01/23/2006 | Conference with client. | 0.3 |
| 01/31/2006 | Meeting with client regarding discovery. | 2.4 |
| 02/02/2006 | Review file. | 0.6 |
| 02/14/2006 | Conference with client. | 0.2 |
| 03/20/2006 | Review file. | 0.2 |
| 06/14/2006 | Conference with client. | 0.3 |
| 07/18/2006 | Review file.<br>Meeting with client. | 0.1<br>1.0 |

ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 3. | 26.0 |
| 07/19/2006 | Brief conference with client. | 0.1 |
| 08/17/2006 | Review drafts. | 0.7 |
| | Work on particulars motion. | 2.0 |
| 09/11/2006 | Review e-mail. | 0.3 |
| 09/12/2006 | Review pleadings. | 1.0 |
| | Conference with client. | 0.3 |
| | Conference with Stelio. | 0.3 |
| 09/13/2006 | Meeting with client. | 1.2 |
| 09/14/2006 | Read motion. | 0.3 |
| 09/20/2006 | Review file with Nicole. | 1.0 |
| | Conference with client. | 0.2 |
| 10/05/2006 | Several conferences with client. | 0.1 |
| | Review file. | 0.8 |
| | Conference with Nicole. | 0.2 |
| 10/14/2006 | Review file for various witnesses. | 1.6 |
| 10/25/2006 | Review motions. | 0.5 |
| 10/30/2006 | Conference with AUSA. | 0.4 |
| 11/06/2006 | Conference with client. | 0.2 |
| 11/08/2006 | Prepare for meeting with clients. | 0.5 |
| | Meeting with clients. | 1.0 |
| | Conference with AUSA. | 0.2 |
| | Trial prep. | 1.0 |
| 01/09/2007 | Long telephone conference with Stelio. | 0.4 |
| | Trial prep. | 0.4 |

4

ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 4. | 40.7 |
| 01/11/2007 | Conference with Nicole. | 0.1 |
| | Conference with Mrs. Bucci. | 0.1 |
| | Review pleadings. | 0.8 |
| | Conference with AUSA. | 0.2 |
| 01/16/2007 | Meeting with client. | 2.0 |
| | Trial prep. | 1.7 |
| 01/18/2007 | Trial prep. | 4.0 |
| | Motion conference with Stelio. | 0.7 |
| 01/19/2007 | Review file. | 0.6 |
| | Trial prep. | 4.0 |
| 01/23/2007 | Conference with Nicole. | 0.3 |
| 01/25/2007 | Trial prep. | 4.7 |
| 01/27/2007 | Read co-conspiritor cases. | 1.4 |
| 01/30/2007 | Review file. | 3.1 |
| | Legal research. | 2.0 |
| 01/31/2007 | Legal research. | 1.2 |
| | Trial prep. | 2.0 |
| 02/01/2007 | Trial prep. | 0.3 |
| 02/06/2007 | Conference with Elliot. | 0.8 |
| | Meeting with client. | 1.0 |
| 02/08/2007 | Prepare for trial. | 4.3 |
| 02/09/2007 | Prepare for trial. | 8.6 |
| 02/10/2007 | Prepare for trial. | 2.5 |

## ITEMIZATION OF HOURS FOR ATTORNEY ROBERT S. SINSHEIMER (Cont'd)

| Date | Explanation | Hours |
|------|-------------|-------|
| | Subtotal brought forward from Page 5. | 87.1 |
| 02/11/2007 | Trial prep. | 3.0 |
| | Write open. | 1.8 |
| 02/12/2007 | Trial prep. | 4.9 |
| 02/14/2007 | Trial prep. | 3.5 |
| 02/21/2007 | Trial prep. | 4.3 |
| 02/22/2007 | Trial prep. | 5.2 |
| 02/23/2007 | Trial prep. | 1.2 |
| 02/24/2007 | Re-write closing. | 4.7 |
| 02/27/2007 | Conference with client regarding forfeiture rights. | 0.7 |
| 03/01/2007 | Motion for return of funds. | 1.5 |
| 03/05/2007 | Research regarding forfeiture. | 1.2 |
| | **Total Out-of-Court Hours:** | **119.1** |

June 7, 2007

RE:    United States v. Catherine Bucci
       Criminal No.: 2003-10220

ITEMIZATION OF HOURS FOR ATTORNEY TANYA STANKUNAS

IN-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 05/23/2006 | Status conference. | 1.2 |
| 02/13/2007 | Go to court for opening statements. | 2.0 |
| | **Total In-Court Hours:** | **3.2** |

OUT-OF-COURT HOURS:

| Date | Explanation | Hours |
|------|-------------|-------|
| 07/18/2006 | Meeting with client. | 0.6 |
| 10/18/2006 | Telephone call from Nicole regarding U.S. v. Davis. | 0.2 |
| 11/09/2006 | Print judges order on motion to dismiss. | 0.1 |
| 12/01/2006 | Telephone call to client regarding protective order. | 0.1 |
| 02/20/2007 | Proof proposed jury instructions. | 0.2 |
| | **Total Out-of-Court Hours:** | **1.2** |

1

June 7, 2007

RE:    <u>United States v. Catherine Bucci</u>
       Criminal No.: 2003-10220

## ITEMIZATION OF TRAVEL EXPENSES

| Date | Explanation | Amount | |
|------|-------------|--------|--|
| 10/12/2005 | City Cab. | $ | 8.85 |
| 10/25/2005 | City Cab. | $ | 17.60 |
| 11/07/2005 | City Cab. | $ | 8.00 |
| 10/03/2006 | Parking. | $ | 13.00 |
| 10/11/2006 | Travel to Salem Library. | $ | 6.08 |
| 01/09/2007 | Travel Essex Court, 40 miles x .44 | $ | 17.60 |
| 01/16/2007 | Parking. | $ | 27.00 |
| 01/17/2007 | Parking. | $ | 16.50 |
| 01/18/2007 | Parking. | $ | 13.50 |
| 01/22/2007 | Parking. | $ | 27.00 |
| 01/23/2007 | Parking. | $ | 27.00 |
| | Travel to Essex court, 40 miles x .44 | $ | 17.60 |
| 01/24/2007 | Parking | $ | 35.00 |
| 01/25/2007 | Parking. | $ | 27.00 |
| 01/26/2007 | Parking. | $ | 27.00 |
| 01/29/2007 | Parking. | $ | 27.00 |
| 02/01/2007 | Parking. | $ | 27.00 |
| 02/02/2007 | Parking. | $ | 27.00 |

1

ITEMIZATION OF TRAVEL EXPENSES (Cont'd)

| Date | Explanation | Amount |
|------|-------------|--------|
| | Subtotal from Page 1. | $ 369.73 |
| 02/06/2007 | Parking. | $ 27.00 |
| 02/08/2007 | Parking. | $ 27.00 |
| 02/09/2007 | Parking. | $ 27.00 |
| 02/10/2007 | Parking. | $ 15.00 |
| 02/12/2007 | Parking. | $ 36.00 |
| 02/13/2007 | Parking. | $ 36.00 |
| 02/15/2007 | Parking. | $ 22.00 |
| 02/16/2007 | Parking. | $ 36.00 |
| 02/20/2007 | Parking. | $ 13.00 |
| | **Total Expenses:** | **$ 608.73** |

2