UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JUN 11 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | CR No. 03-10220-MEL |
| CATHERINE BUCCI. ) | |
| ) | |

## MOTION TO ALLOW PAYMENTS PRIOR TO COMPLETION OF SERVICES

The undersigned counsel respectfully requests that the court allow payments in the amounts submitted in the appropriate forms filed herewith to be made prior to completion of services rendered. In support undersigned counsel states:

1. I was appointed to represent Ms. Bucci as a CJA advocate. I represented her from arraignment through trial, and continue to represent her.

2. There was a trial conducted on the merits in February 2007. The verdict entered on February 27, 2007.

3. The trial lasted twelve days. Fees in the amount of $27,552.14 were earned.

4. Ms. Bucci has been acquitted of all charges against her. In many or most cases, that would have concluded the representation of the undersigned.

5. However, in this particular case, additional representation was required to ensure that certain funds, which were seized, were returned to the client. Those funds were received yesterday.

6. The undersigned is advised that additional forfeiture proceedings against Ms. Bucci's property are contemplated.

7. It would be unfair to force the undersigned and our firm to await payment for the

1

completed work until forfeiture proceedings (if any) are concluded.

WHEREFORE:

The undersigned counsel respectfully requests that the court allow payments to be made prior to completion of services.

Respectfully Submitted,
CATHERINE BUCCI,
By her attorney,

/s/: Robert S. Sinsheimer
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
(617) 722-9954

Dated: June 7, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2007.

/s/ Robert S. Sinsheimer

2