**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10220-MEL |
|---|---|
| DEFENDANT<br>CATHERINE BUCCI, et al., | TYPE OF PROCESS<br>ORDER |

*U.S. MARSHALS SERVICE RECEIVED BOSTON, MA 2007 JUN -1 P 3:49*

| SERVE ▶ AT | $12,187.40 in U. S. Currency, and all interest accrued for the period in which it was in the custody of the United States |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*RECEIVED U.S. MARSHALS SERVICE BOSTON, MA*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Please return the above-referenced currency to the above named defendant via her attorney, Robert S. Sinsheimer, Esquire, Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114, (617) 227-2800, per the attached Order of the District Court.

CATS No. 03-DEA-422014                                    LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: *Kristina E. Barclay/LJT*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>May 24, 2007 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/1/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 6/5/07  Time: am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  6/5/07 Funds plus interest released to Attorney Sinsheimer.
Total Check $13,683.12.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☒ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT