UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
         v.                   )   CRIMINAL NO. 03-10220-MEL
                              )
SEAN BUCCI,                   )
         Defendant.           )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                          By: /s/Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
Dated: June 22, 2007          (617) 748-3100
```

CERTIFICATE OF SERVICE

    This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                               /s/Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant United States Attorney
```

1