UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES              )          Case No: 03-10220-MEL
                                              )
v.                                          )
                                              )
CATHERINE BUCCI         )
_____)

**OPPOSITION OF WILLIAM BUCCI AND CATHERINE BUCCI
TO FORFEITURE OF 23 MARSHALL STREET**

The above named persons, William Bucci and Catherine Bucci, hereby oppose the government's request to forfeit certain real estate to wit, an improved parcel of real estate located at 23 Marshall Street, County of Essex, North Reading, Massachusetts.

In support, those individuals state that they have title to the property that the government seeks to forfeit. They submit the appended affidavits in which they assert that they are "innocent owners" as that term is described at 18 USC 983 (d)(2)(A)(i), therefore have the right to contest the forfeiture of the property at issue.

These parties request trial by jury to the fullest extent the law allows.

                                                          Respectfully submitted:
                                                          WILLIAM AND CATHERINE BUCCI,
                                                          By their attorney,

                                                          /s/ Robert S. Sinsheimer
                                                          Robert S. Sinsheimer, BBO No. 464940
                                                          Denner Pellegrino, LLP
                                                          Four Longfellow Place, 35th Floor
                                                          Boston, MA 02114
                                                          617-227-2800

Dated:   August 20, 2007

CERTIFICATE OF SERVICE

    I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants as of August 20, 2007.

    <u>/s/ Robert S. Sinsheimer</u>
    Robert S. Sinsheimer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | Case No: 03-CR-10220 |
| ) | |
| v. ) | |
| ) | |
| SEAN BUCCI ) | |

## AFFIDAVIT OF CATHERINE BUCCI

I, Catherine Bucci depose and on my oath do swear:

1. I am an individual who resides at ~~10 Loring~~ Road, Danvers, Massachusetts. *[handwritten: CB 8-16-07, Loris]*

2. I am the mother of Sean Bucci, defendant in the above-captioned case, and the wife of William Bucci, who has filed an affidavit this date.

3. The government has filed a motion seeking to forfeit the following property allegedly belonging to my son Sean Bucci:

    A. An improved parcel of real estate located 23 Marshall Street, County of Middlesex, North Reading, Massachusetts.

4. I and my husband William Bucci are the legal owners of this property, having purchased it in June of 1998.

5. Sean Bucci has never had a legal interest in this real estate, and does not currently have a legal interest in the residence.

6. At no time prior to my purchase of the property did I have any knowledge that Sean Bucci was involved in the sale of drugs in any way, shape, or form.

7. I believe I am an "innocent owner" as that term is described at 18 USC 983 (d)(2)(A)(i), and I believe that therefore, I have the right to contest the forfeiture of the property at

issue.

8. By this affidavit I am attempting to assert my rights to contest the forfeiture to the fullest extent the law allows.

Signed under pains and penalties of perjury,

*Catherine Bucci*

Catherine Bucci

Respectfully Submitted,
CATHERINE BUCCI,
By her attorney,

/s/ Robert S. Sinsheimer
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

Dated: August 14, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2007

/s/ Robert S. Sinsheimer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SEAN BUCCI | ) |  |

### AFFIDAVIT OF WILLIAM BUCCI

I, William Bucci depose and on my oath do swear:

1. I am an individual who resides at ~~10 Loring~~ 4 Loris Road, Danvers, Massachusetts. *WB 8-16-07*

2. I am the father of Sean Bucci, defendant in the above-captioned case, and the husband of Catherine Bucci, former defendant in the above-captioned case.

3. The government has filed a motion seeking to the forfeit the following property allegedly belonging to my son Sean Bucci:

    A. An improved parcel of real estate located 23 Marshall Street, County of Middlesex, North Reading, Massachusetts.

4. I and my wife Catherine Bucci are the legal owners of this property, having purchased it in June of 1998.

5. Sean Bucci has never had a legal interest in this real estate, and does not currently have a legal interest in the residence.

6. At no time prior to my purchase of the property did I have any knowledge that Sean Bucci was involved in the sale of drugs in any way, shape, or form.

7. I believe I am an "innocent owner" as that term is described at 18 USC 983 (d)(2)(A)(i), and I believe that therefore, I have the right to contest the forfeiture of the property at

issue.

8. By this affidavit I am attempting to assert my rights to contest the forfeiture to the fullest extent the law allows.

Signed under pains and penalties of perjury,

*William Bucci*

William Bucci

Respectfully Submitted,
WILLIAM BUCCI,
By his attorney,

/s/ Robert S. Sinsheimer
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

Dated: August 14, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2007

/s/ Robert S. Sinsheimer