UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220-MEL |
| v. | ) | |
| SEAN BUCCI, et. al. | ) | |

**PETITION OF CATHERINE M. BUCCI**
**PURSUANT TO 21 U.S.C. section 853 (n)**

**CASH**

I, Catherine M. Bucci hereby Petition this Honorable Court to amend the Preliminary Order of Forfeiture so as to exclude:

$12,187.40 in United States Currency seized on June 6, 2003 from a Salem Five Bank account in the name of "Sean Bucci" and;

$ 435.53 in United States Currency seized on June 6, 2003 from a Bank North account in the name of "Cathereine Bucci."

In support, I depose and on my oath do swear:

1. I, Catherine M. Bucci, am an individual who resides at ~~10 Loring Road~~ 4 Loris Road CB 8-25-07, Danvers, Massachusetts. I am the mother of Sean Bucci, defendant in the above-captioned case.

2. On or about August 10, 2007 I was served with a "Preliminary Order of Forfeiture" which issued in the above captioned matter, dated July 11, 2007. The preliminary order made reference to the following property:

Page 1 of 3.

  $12, 187.40 in United States Currency seized on June 6, 2003 from a Salem Five Bank account in the name of "Sean Bucci" and;

$ 435.53 in United States Currency seized on June 6, 2003 from a Bank North account in the name of "~~Catheroine~~ Bucci." *Catherine CB 8-25-07*

The order recites that the property allegedly was utilized in conjunction with crimes for which our son Sean stands convicted.

3.  I am sole legal owner of this property, most of which represents the proceeds of tax refunds. Indeed, the court has previously allowed my motion for return of the majority of this property and it has in fact been returned to me. I had understood at that time that the United states had no claim for the property.(See letter attached

4.  Sean Bucci has never had a legal interest in this property. I hereby incorporate all my prior affidavits, petitions or motions seeking return of funds by reference. By filing this petition, I am attempting to assert my rights to contest the forfeiture of the above enumerated cash to the fullest extent the law allows in conformity with 21 U.S.C. section 853 (n).

I respectfully request a hearing and to the extent jury issues may be framed, trial by jury.

           Signed under pains and penalties of perjury,

           *Catherine M. Bucci*
           Catherine M. Bucci

           Respectfully submitted:

           Robert S. Sinsheimer, Esquire, B.B.O. No. 464940
           Denner Pellegrino, LLP
           4 Longfellow Place, Suite 3501-06
           Boston, MA 02114
           (617) 227-2800 Robsins@aol.com