UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,    )
                             )
        v.                   )   CRIMINAL NO.  03-10220-MEL
                             )
SEAN BUCCI, et al.,          )
        Defendants.          )
```

## JOINT STATUS REPORT

The United States of America, Catherine Bucci, and William Bucci, through undersigned counsel, respectfully submit the following status report regarding the ancillary forfeiture proceeding in the above-captioned criminal case:

1. On July 11, 2007, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, against the real property and buildings located at 23 Marshall Street, North Reading, Massachusetts (the "Real Property"), among other property.

2. Catherine and William Bucci filed claims to the Real Property, pursuant to 21 U.S.C. § 853(n), on August 24, 2007.

3. The United States intends to file a civil *in rem* forfeiture action against the Real Property on or before December 7, 2007.

4. The parties consent to a stay of the ancillary forfeiture proceeding in this criminal case, pending resolution of a civil *in rem* forfeiture action against the same property.

Respectfully submitted,

| | |
|---|---|
| CATHERINE M. BUCCI<br>and WILLIAM P. BUCCI,<br>By their attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
| By: /s/ Robert S. Sinsheimer<br>Robert S. Sinsheimer, Esq.<br>Denner Pellegrino, LLP<br>Four Longfellow Place<br>Suite 3501-06<br>Boston, MA 02114<br>(617) 227-2800 | By: /s/ Kristina E. Barclay<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |
| Date: November 27, 2007 | Date: November 27, 2007 |

**CERTIFICATE OF SERVICE**

   This is to certify that the foregoing Joint Status Report, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant United States Attorney
Date: November 27, 2007