UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220-MEL |
| v. | ) | |
| SEAN BUCCI, et. al. | ) | |

### DEFENDANT CATHERINE BUCCI'S MOTION TO DISMISS

The Defendant Catherine Bucci respectfully requests that this Court dismiss the forfeiture proceedings currently pending against the property located at 23 Marshall Street, County of Middlesex, North Reading, Massachusetts. As reasons therefor, Defendant states the following:

1. On November 27, 2007, the United States and Defendant filed a joint status report, in which the United States represented that it intended to file civil in rem forfeiture proceedings against the property in question on or before December 7, 2007.

2. On or about that date, Assistant U.S. Attorney Christina Barclay further informed the undersigned Defendant's counsel that she would be initiating civil forfeiture proceedings shortly.

3. As of the present date, no such proceedings have been initiated. The undersigned has received no indication that such proceedings will be initiated in the foreseeable future.

4. Mrs. Bucci has contested the forfeiture of the property as an "innocent owner."

5. Mrs. Bucci has been looking forward to the opportunity to have the forfeiture issues litigated in a timely manner, and had been assured that such would be the case. To allow the U.S. Attorney's office to continue to delay the forfeiture proceedings would be unduly burdensome to Mrs. Bucci.

6. Further, the continuing encumbrance on the property, with no indication of when it will be lifted or even addressed, constitutes a "taking," in violation of the United States Constitution.

WHEREFORE, the Defendant Catherine Bucci respectfully requests that this Court dismiss the forfeiture proceedings against the property at 23 Marshall Street, North Reading, Massachusetts.

Respectfully Submitted
CATHERINE BUCCI
By Her Attorney,

 /s/ Robert S. Sinsheimer
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino. LLP
4 Longfellow Place, 35th Fl.
Boston, MA 02114
617-227-2800

### Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2008.

/s/ Robert S. Sinsheimer