UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | Case No: 03-CR-10220-MEL |
| v. | ) | |
| SEAN BUCCI, et. al. | ) | |

## DEFENDANT CATHERINE BUCCI'S WITHDRAWAL OF MOTION TO DISMISS

Defendant Catherine Bucci hereby withdraws her Motion to Dismiss, which was filed on January 31, 2008.

Respectfully Submitted
CATHERINE BUCCI
By Her Attorney,

 /s/ Robert S. Sinsheimer
Robert S. Sinsheimer
B.B.O No. 464940
Denner Pellegrino. LLP
4 Longfellow Place, 35th Fl.
Boston, MA 02114
617-227-2800

## Certificate of Service

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2008.

/s/ Robert S. Sinsheimer